**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Stratford University, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-1038413** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2900 Eisenhower Ave., Fl. 2** **Alexandria, VA 22314** Number, Street, City, State & ZIP Code | **Stratford University** **P.O. Box 1713** **Stafford, VA 22554** P.O. Box, Number, Street, City, State & ZIP Code |
| **Alexandria City** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.stratford.edu**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Stratford University, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6113

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor __**Stratford University, Inc.**__ Case number (*if known*) _____
     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

    Contact name _____

    Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ■ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Stratford University, Inc.**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Stratford University, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2023**
              MM / DD / YYYY

**X** /s/ Richard Shurtz, II                           Richard Shurtz, II
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X** /s/ Bradley D. Jones                    Date **January 27, 2023**
Signature of attorney for debtor                  MM / DD / YYYY

**Bradley D. Jones**
Printed name

**Odin, Feldman & Pittleman, P.C.**
Firm name

**1775 Wiehle Avenue**
**Reston, VA 20190**
Number, Street, City, State & ZIP Code

Contact phone    **(703) 218-2100**        Email address

**85095 VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Stratford University, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 27, 2023**      X /s/ Richard Shurtz, II
_____              _____
                                     Signature of individual signing on behalf of debtor

                                     **Richard Shurtz, II**
                                     _____
                                     Printed name

                                     **President**
                                     _____
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Stratford University, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................. $     **696,241.72**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................... $     **696,241.72**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **158,295.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **8,410,677.57**

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $     **8,568,972.57**

**Fill in this information to identify the case:**

Debtor name     **Stratford University, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | 3871 | $70,647.97 |
| 3.2. | **EagleBank** | **Checking** | 2699 | $4,664.01 |
| 3.3. | **Eagle Bank** | **MD Bond Account** | | $400,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$475,312.98** |

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor   **Stratford University, Inc.**                          Case number *(If known)* _____
         Name

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **72,296.00** | - | **36,148.00** | = .... | **$36,148.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollect ble accounts | | |

| 11b. Over 90 days old: | **1,501,189.00** | - | **1,501,189.00** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollect ble accounts | | |

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$36,148.00** |
|---|---|

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                                % of ownership

      **Stratford University**
      **Stratford University Language Institute, LLC**
      **Stratford University Foundation, Inc.**

| 15.1. | **Modi ATI Joint Venture** | **100** % | | **Unknown** |
|---|---|---|---|---|

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**
      Add lines 14 through 16.  Copy the total to line 83.

| | **$0.00** |
|---|---|

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

---

Debtor   **Stratford University, Inc.**                                          Case number *(if known)* _____
       <sub>Name</sub>

| 22. | Other inventory or supplies Toner, paper, office supples, graduation regalia & supplies | | $10,000.00 | Comparable sale | $10,000.00 |
|---|---|---|---|---|---|

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $10,000.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Per fixed asset schedule - See Exhibit A | $25,219.96 | | $25,219.96 |
| **Office equipment, kitchen, medical for teaching per fixed asset schedule.** See Exhibit A | $149,560.78 | | $149,560.78 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | Computer equipment | | Unknown |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collect bles | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $174,780.74 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No

Debtor    **Stratford University, Inc.**                                   Case number *(If known)* _____
            Name

■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leased building @ 2900 Eisenhower Avenue Alexandria, VA  22314** | | | | **Unknown** |
| 55.2.  **Leased building @14349 Gideon Dr. Woodbridge, VA 22192** | | | | **Unknown** |
| 55.3.  **Leased building @210 S. Central Ave Baltimore, MD  21202 Judgment for possession entered prepetition.** | | | | **Unknown** |

56.    **Total of Part 9.**                                                                        | **$0.00** |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**    Lease improvements only
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Stratford University, Inc.** | Case number *(If known)* _____ |
| --- | --- | --- |
| | Name | |

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets** . | _____ | _____ | **$0.00** |
| 61. | **Internet domain names and websites** www.stratford.edu | _____ | _____ | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations  --  Student List** | | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | Unknown |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

| _____ **$0.00** |
| --- |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107? ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Stratford University, Inc.**                                          Case number *(If known)* _____
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $475,312.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,148.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $174,780.74 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $696,241.72 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $696,241.72 |

**Fill in this information to identify the case:**

Debtor name __**Stratford University, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Small Business Administration**
Creditor's Name

2 North 20th St. Suite 320
Birmingham, AL 35203
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/24/2020**
Last 4 digits of account number
**7400**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All tangible, intangibles, but not limited to: inventory, equipment, instruments including promissory notes, chattel paper, documents, letter of creditors righs, deposit accts, comm tort claims, pmt intangibles, as-extracted collateral.

**Describe the lien**
UCC - 2005240027541
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$158,295.00**     Value of collateral: **$1,905,018.74**

**2.2  VAR Technology Finance**
Creditor's Name

2330 I-30
Mesquite, TX 75150
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Verkada Cameras & Licensing In addtion, the collateral also shall include all parts, accessories, accessions and attachments thereto, all replacements, substitutions, exchanges (including trade-ins).

**Describe the lien**
UCC
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

Amount of claim: **Unknown**     Value of collateral: **Unknown**

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**6/26/2020**

**Last 4 digits of account number**
**2354**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$158,295.00**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Stratford University, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**1500AM Federal News Radio**<br>**3400 Idaho Ave NW**<br>**Washington, DC 20016**<br><br>**Date(s) debt was incurred __**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: __**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $25,200.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Access Info Holdings, LLC**<br>**6818 Patterson Pass Road**<br>**Suite A**<br>**Livermore, CA 94550**<br><br>**Date(s) debt was incurred __**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: __**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $45,583.82 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Advanced Elevator Inspections**<br>**5101 Branchville Rd**<br>**College Park, MD 20740**<br><br>**Date(s) debt was incurred __**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: __**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $200.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Advantix**<br>**9355 John W. Elliott Dr., #25**<br>**Frisco, TX 75033**<br><br>**Date(s) debt was incurred __**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim: __**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | Unknown |

| Debtor | Stratford University, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$887.17**

Albert Uster Co
9211 Gaither Rd
Gaithersburg, MD 20877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.00**

Alexandria Chamber of Commerce
2834 Duke Street
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

All Students & Employees,

which are listed on the Exhibit of Creditors Receiving Alternate Service, incorporated by reference herein.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$219.00**

American Library Assoc.
P.O. BOX 77-6499
Chicago, IL 60678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Ana Rodriguez & All Others Sit
c/o Nicholas A. Migliaccio Esq
412 H Street N.E., Suite 302
Washington, DC 20002

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  NWEF

Basis for the claim:  Pending Class Action Suit

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$249,455.59**

Assessment Technologies Inst.
62277 Collections Center Dr.
Leawood, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

Avanced Elevator Inspections
P.O. BOX 86
Upper Falls, MD 21156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,801.82**

**Baltimore Gas & Electric**
**P.O. Box 1475**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Berk's Pest Control**
**1851 Cape May Rd**
**Essex, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,568.42**

**BFPE International Inc.**
**P.O. BOX 791045**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,286.60**

**Buckhead Meat & Seafood Mid-At**
**1920 Stanford Court**
**Hyattsville, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cigna**
**900 Cottage Grove Road**
**Bloomfield, CT 06002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  1-1-2022

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$448.07**

**Cintas Corp.**
**P.O. BOX 631025**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$355.43**

**Cintas First Aid & Safety**
**P.O. BOX 631025**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Stratford University, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00**

City of Alexandria/Fin. Dept.
301 King Street
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,116.29**

City of Baltimore
P.O. BOX 17119
Baltimore, MD 21297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,710.69**

Clarke & Sampson Insurance
 5101 Branchville Rd
Suite200
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,627.00**

Coastal Sunbelt Produce
9001 Whiskey Bottom Rd
Laurel, MD 20723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,850.00**

Comm. on English Prog. Accred.
1001 N. Fairfax Street
Suite 630
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Confre'Rie De La Chaine Des Ro
285 Madison Av
Madison, NJ 07940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00**

Council for Higher Ed Accredit
P.O. BOX 37085
Baltimore, MD 21297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Stratford University, Inc.**                                          Case number (if known) _____
_____
Name

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,520.15** |
|---|---|---|---|

**Cox Communications - NOVA**
**DEPT. 781114**
**PO BOX 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,675.00** |
|---|---|---|---|

**CST Group, CPAs, PC**
**10740 Parkridge Blvd.**
**5th Floor**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630,721.84** |
|---|---|---|---|

**Cushman Wakefield/Scott Clark**
**64 New York Avenue, NE,**
**Suite Lower Level**
**Washington, DC 20002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/22 - 12/1/22**

**Basis for the claim:**  **Unpaid Rent - 2900 Eisenhower Ave Alexandria, VA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,205,430.00** |
|---|---|---|---|

**Dept. of Education**
**School Part Div - Phil**
**100 Penn Sq. East Ste. 511**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/26/2022**

**Basis for the claim:**  **Loan**

Last 4 digits of account number  **9944**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$621,788.00** |
|---|---|---|---|

**Dept. of Treasury/Dept. of Ed.**
**P.O. Box 830794**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Loan**

Last 4 digits of account number  **9162**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,987.56** |
|---|---|---|---|

**Dominion VA Power**
**980 Warrenton Rd**
**Fredericksburg, VA 22406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,518.52** |
|---|---|---|---|

**Ebsco Subscription Service**
**P.O. BOX 204661**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred —

**Basis for the claim:** _

Last 4 digits of account number —

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$464,218.00**

**Emad E. Saadeh, P.E./Landlord**
**SAADEH PARTNERS, LLC**
**14130 Noblewood Plaza, Suite 3**
**Woodbridge, VA 22193**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **8/1/22 - 12/1/22**

Basis for the claim:  **Unpaid Rent - 14349 Gideon Dr.  Woodbridge, VA 22192**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104.00**

**Embroidery By Marilyn**
**1172 Leeds Rd**
**Elkton, MD 21921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,757.72**

**Equinix Inc. - #774252**
**4252 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,667.69**

**F.A. Davis Company**
**1915 Arch Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,667.05**

**FEG Central Apartments, LLC**
**Shaffin Jetha/Focus Dev.**
**24 W. Franklin Street**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **8/1/22 - 12/1/22**

Basis for the claim:  **Unpaid Rent - 210 South Central Ave Baltimore, MD 21202**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,847.61**

**Fells Point Wholesale Meats**
**2730 Wilmarco Ave**
**Baltimore, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,118.23**

**FPC Holdings Inc.**
**6630 Amberton Drive**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Stratford University, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,824.91**

**Grainger**
**100 Grainger Parkway**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330.00**

**Guardian Fire Protection Svcs.**
**7668 Standish Pl.**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,469.73**

**Guernsey Office Products**
**P.O. BOX 10846**
**Chantilly, VA 20153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gurukul Overseas**
**726 Elmwood Ct.**
**Rochester, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,850.00**

**Hadpro Hood and Ducts Prof.**
**4723A Eisenhower Ave**
**Alexandria, VA 22304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00**

**Harvard Business Publishing**
**20 Guest St. Suite 700**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,050.00**

**Hurst**
**127 S. Railroad Ave.**
**Brookhaven, MS 39601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stratford University, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.48 |
|---|---|---|---|

**J.J. McDonnell & Co. Inc.**
**7010 Brookdale Dr**
**Elkridge, MD 21075**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,334.93 |
|---|---|---|---|

**Jackson Lewis LLP**
**P.O. BOX 416019**
**Boston, MA 02241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,028.28 |
|---|---|---|---|

**Jani King of Washington DC**
**11351 Random Hills Rd Ste 150**
**Fairfax, VA 22030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,165.64 |
|---|---|---|---|

**Jostens Inc.**
**21336 Network Pl.**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,738.11 |
|---|---|---|---|

**Keany Produce Company**
**3310 75th  Avenue**
**Hyattsville, MD 20785**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,100.00 |
|---|---|---|---|

**Leadsquared Inc.**
**555 US HIGHWAY ONE SOUTH**
**SUITE 170**
**Iselin, NJ 08830**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,682.73 |
|---|---|---|---|

**Leaf Capital Funding, LLC**
**2005 Market St. 14th Floor**
**Philadelphia, PA 19103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$283.51**

**Leonard Paper Co.**
**725 N Haven St**
**Baltimore, MD 21205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118.76**

**Level 3 Financing Inc.**
**Level 3 Communications, LLC**
**P.O. BOX 910182**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,749.02**

**Lexus Financial Svcs.**
**PO Box 9490**
**Cedar Rapids, IA 52409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,492.05**

**Library & Info Resources Netwo**
**P.O. Box 4755**
**Clearwater, FL 33758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,136.73**

**Life Insurance Co of North Am**
**P.O. BOX 13701**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00**

**Loyal Termite and Pest Control**
**2610 E Parham Rd**
**Henrico, VA 23228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,275.49**

**Magnolia Plumbing Inc.**
**600 Gallatin St., NE**
**Washington, DC 20017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ◼ No ☐ Yes

---

| Debtor | **Stratford University, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00**

**MAXKNOWLEDGE, INC.**
**3943 Irvine Blvd. # 262**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,382.44**

**MBS Direct**
**2711 West Ash Street**
**Columbia, MO 65203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$311.06**

**Metroplitan Meat, Seafood**
**1920 Stanford Court**
**Hyattsville, MD 20785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.59**

**Monoprice, Inc.**
**P.O. BOX 740417**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,820.00**

**Moodles US LLC**
**8101 College Blvd, Ste. 100**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375,000.00**

**Morton G. Thalhimer, Inc.**
**11100 W Broad St**
**Glen Allen, VA 23060**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Terminated lease - Glen Allen - forgiven by landlord_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,627.75**

**Nagios Enterprises, LLC**
**1295 Bandana Blvd N, Suite 165**
**Saint Paul, MN 55108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,120.00 |
|---|---|---|
| **NASFAA** | ☐ Contingent | |
| **1801 Pennsylvania Avenue, NW** | ☐ Unliquidated | |
| **Suite 850** | ☐ Disputed | |
| **Washington, DC 20006** | | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,764.91 |
|---|---|---|
| **New Directions Behavioral Hlth** | ☐ Contingent | |
| **PO Box 6729** | ☐ Unliquidated | |
| **Leawood, KS 66206** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.84 |
|---|---|---|
| **New York Life Group Ins. Co NY** | ☐ Contingent | |
| **51 Madison Avenue, 2nd Floor** | ☐ Unliquidated | |
| **New York, NY 10010** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,490.00 |
|---|---|---|
| **Nexus Systems, Inc.** | ☐ Contingent | |
| **6400 Arlington Blvd #1000** | ☐ Unliquidated | |
| **Falls Church, VA 22042** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.00 |
|---|---|---|
| **NORTHEASTKUTZ Lawn Svcs. LLC** | ☐ Contingent | |
| **3904 Glenmore Ave** | ☐ Unliquidated | |
| **Baltimore, MD 21206** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,404.52 |
|---|---|---|
| **NOVEC** | ☐ Contingent | |
| **10323 Lomond Dr** | ☐ Unliquidated | |
| **Manassas, VA 20109** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,607.59 |
|---|---|---|
| **Offix** | ☐ Contingent | |
| **13525 Wellington Center Cir #1** | ☐ Unliquidated | |
| **Gainesville, VA 20155** | ☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|

---

**3.75**

Nonpriority creditor's name and mailing address

**Oxford University Press**
**198 Madison Avenue**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,607.59**

---

**3.76**

Nonpriority creditor's name and mailing address

**Paetec Communications, Inc.**
**4001 N Rodney Parham Road**
**Little Rock, AR 72212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73.84**

---

**3.77**

Nonpriority creditor's name and mailing address

**Paramount Mechanical Corp.**
**7053 Gateway Ct**
**Manassas, VA 20109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$4,278.00**

---

**3.78**

Nonpriority creditor's name and mailing address

**Payne Publishers**
**8707 Quarry Rd.**
**Manassas, VA 20110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$190.80**

---

**3.79**

Nonpriority creditor's name and mailing address

**Peroutka & Peroutka, P.A.**
**8028 Ritchie Hwy #300**
**Pasadena, MD 21122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$4,268.04**

---

**3.80**

Nonpriority creditor's name and mailing address

**Pitney Bowes Global Fin, Svcs.**
**27 Waterview Drive**
**Shelton, CT 06484**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$589.23**

---

**3.81**

Nonpriority creditor's name and mailing address

**PMG Inc. T/A Plumbing Mechanic**
**8823 Telegraph Rd**
**Lorton, VA 22079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$247.50**

---

Debtor   **Stratford University, Inc.**
_____   Case number (if known)   _____
           Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,294.05 |
|------|-----|-----|-----|

**Pocket Nurse Enterprises, Inc.**
**610 Frankfort Rd**
**Monaca, PA 15061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.46 |
|------|-----|-----|-----|

**Quench USA Inc.**
**630 Allendale Road, Suite 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,075.58 |
|------|-----|-----|-----|

**Redshelf, Inc. DBA Virdocs**
**500 North Dearborn Street**
**Suite 1200**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,555,000.00 |
|------|-----|-----|-----|

**Richard & Mary Ann Shurtz**
**3319 Cranbrook Court**
**Oakton, VA 22124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __1-19-22,__
__2-15-22,4-12-22, 5-2-22, 7-1-22, 7-12-22,__
__7-20-22, 8-25-22__

**Basis for the claim:** __8 Promissory Notes__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,750.00 |
|------|-----|-----|-----|

**Riverstone Infotech, LLC**
**5890 Stoneridge Drive**
**Suite 209**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.50 |
|------|-----|-----|-----|

**Robert's Key Service Inc.**
**217 W Read St**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,219.48 |
|------|-----|-----|-----|

**Saval Food Service**
**6740 Dorsey Rd**
**Elkridge, MD 21075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Stratford University, Inc.**

Case number (if known) _____

Name

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,838.94** |
|---|---|---|---|

**Security Services, LLC Neustar**
**45980 Center Oak Plaza**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sesay, Salamatu B.**
**9777 Good Luck Rd #10**
**Lanham, MD 20706**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  3001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$730.99** |
|---|---|---|---|

**Shred-It USA**
**11311 Cornell Park Drive**
**Suite 125**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,054.00** |
|---|---|---|---|

**Simple Systems Group, LLC**
**12157 West Linebaugh Ave**
**Suite 275**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Sky Insurance Technologies**
**18 Interchange Blvd Ste A**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,175.00** |
|---|---|---|---|

**Skytap Inc.**
**710 2nd Ave Ste 1130**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,474.86** |
|---|---|---|---|

**St. Moritz Security Svcs. Inc.**
**7777 Leesburg Pike**
**Suite 404, N**
**Falls Church, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,294.39**

**St. Moritz Security Svcs. Inc.**
**4600 Clariton Blvd.**
**Pittsburgh, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$883.59**

**Stamper Electric Inc.**
**1379 Jarrettsville Rd**
**Forest Hill, MD 21050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,661.88**

**Stanley Convergent Sec Sol Inc**
**8211 Terminal Rd Suite 1300**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.00**

**Statwax, LLC**
**11313 USA Pkwy**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,638.48**

**Stericycle Inc.**
**2355 Waukegan Road**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00**

**Stratford University Foundation, Inc.**
**2900 Eisehower Avenue, Fl 2**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Loan for scholarships__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,896.00**

**The College Board-NPC**
**P.O. BOX 30171**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Stratford University, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$90.00** |

**The Compost Crew, LLC**
**119 5TH STREET SE**
**Silver Spring, MD 20901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100.00** |

**The Image Factory**
**411 Taunton Dr**
**Santa Maria, CA 93455**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,080.40** |

**Thyssenkrupp Elevator**
**DBA TK Elevator**
**788 Circle 75 Pkwy SE, Ste 500**
**Atlanta, GA 30339**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,710.00** |

**TransUnion**
**P.O. Box 2000**
**Chester, PA 19016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,432.26** |

**Triad Mechanical Svcs. Inc.**
**12232 Long Green Pike**
**Glen Arm, MD 21057**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$175.48** |

**Tutor.Com, Inc**
**555 WEST 18TH ST**
**New York, NY 10011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Ulda Bellamour**
**10227 Wincopin Circle**
**Apt.1578**
**Columbia, MD 21044**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3408**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Arbitration**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$454.77** |
| --- | --- | --- | --- |
| | **United States Treasury** | ☐ Contingent | |
| | **1500 Pennsylvania Avenue, NW,** | ☐ Unliquidated | |
| | **Washington, DC 20220** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$866.04** |
| --- | --- | --- | --- |
| | **VAR Technology Finance** | ☐ Contingent | |
| | **2330 I-30** | ☐ Unliquidated | |
| | **Mesquite, TX 75150** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,230.84** |
| --- | --- | --- | --- |
| | **Verizon** | ☐ Contingent | |
| | **PO BOX 660720** | ☐ Unliquidated | |
| | **DALLAS, TX 75266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
| --- | --- | --- | --- |
| | **Vilis Systems** | ☐ Contingent | |
| | **8423 Morgan Ln** | ☐ Unliquidated | |
| | **Eden Prairie, MN 55347** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$866.04** |
| --- | --- | --- | --- |
| | **Virginia American Water** | ☐ Contingent | |
| | **2223 Duke St** | ☐ Unliquidated | |
| | **Alexandria, VA 22314** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
| --- | --- | --- | --- |
| | **Virginia Board of Nursing** | ☐ Contingent | |
| | **9960 Mayland Dr #300** | ☐ Unliquidated | |
| | **Richmond, VA 23222** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,360.95** |
| --- | --- | --- | --- |
| | **Washington Gas** | ☐ Contingent | |
| | **6801 Industrial Road** | ☐ Unliquidated | |
| | **Springfield, VA 22151** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Stratford University, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.86 |
|---|---|---|---|

**Waste Management of Virginia**
**800 Capitol Street, Suite 3000**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,022.24 |
|---|---|---|---|

**Watermark Insights, LLC**
**Taskstream Holdings, LLC**
**71 W 23rd St f15**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,551.11 |
|---|---|---|---|

**Wells Fargo Vendor Fin Svc LLC**
**POB 35701**
**Billings, MT 59107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,740.04 |
|---|---|---|---|

**Wolters Kluwer Health**
**250 W Pratt St**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abramoff Neuberger LLP**<br>**Attn: Nancy Haas, Esq.**<br>**2850 Quarry Lake Dr. Suite 300**<br>**Baltimore, MD 21209** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brian M. Fleisher, Esq.**<br>**4 Greentree Centre**<br>**601 Route 73 N. Suite 305**<br>**Marlton, NJ 08053** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Circuit Court For Allegany**<br>**30 Washington Street**<br>**Cumberland, MD 21502** | Line **3.96**<br><br>☐ Not listed. Explain ____ | **0587** |
| 4.4 | **Cooley LLP**<br>**John G. Lavoie, Esq.**<br>**11951 Freedom Dr., Ste. 1500**<br>**Reston, VA 20190** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Stratford University, Inc.**                                    Case number (if known) _____
        _____
        Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5  **Court of Common Pleas** <br>1400 John F Kennedy Blvd <br>Philadelphia, PA 19107 | Line **3.53** <br>☐ Not listed. Explain ____ | **2638** |
| 4.6  **Holland & Knight** <br>Louis J. Roleau <br>800 17th St. N.W. Suite 1100 <br>Washington, DC 20006 | Line **3.28** <br>☐ Not listed. Explain ____ | _ |
| 4.7  **Land Services USA, Inc.** <br>Shawn A. Goldfaden, Esq. <br>215 Washington Ave Suite 707 <br>Towson, MD 21204 | Line **3.37** <br>☐ Not listed. Explain ____ | _ |
| 4.8  **Mark H. Slusher/Campus Realty** <br>c/o Thalhimer Realty Partners <br>11100 West Broad Street <br>Glen Allen, VA 23060 | Line **3.37** <br>☐ Not listed. Explain ____ | _ |
| 4.9  **NQGRG, P.C.** <br>Steven J. Willner <br>One South Street 27th Fl. <br>Baltimore, MD 21202 | Line **3.37** <br>☐ Not listed. Explain ____ | _ |
| 4.10  **Shannon Conway, Esq.** <br>831 Fourth Ave., Ste. 201 <br>Dallas, TX 75201 | Line **3.109** <br>☐ Not listed. Explain ____ | **3408** |
| 4.11  **Talcott J. Franklin** <br>TFPC, a Maine Prof Corp <br>181 Western Promenade <br>Portland, ME 04102 | Line **3.109** <br>☐ Not listed. Explain ____ | _ |
| 4.12  **Thornton & Associates PLC** <br>James D. Thornton, Esq. <br>4449 Cox Rd. <br>Glen Allen, VA 23060 | Line **3.37** <br>☐ Not listed. Explain ____ | _ |
| 4.13  **U.S. District Court** <br>Alexandria Division <br>401 Courthouse Square <br>Alexandria, VA 22314 | Line **3.9** <br>☐ Not listed. Explain ____ | **1048** |
| 4.14  **U.S. REIF (Landlord)** <br>600 Washington Ave, Suite 1100 <br>Saint Louis, MO 63101 | Line **3.28** <br>☐ Not listed. Explain ____ | _ |
| 4.15  **Walsh Colucci, PC** <br>4310 Prince William Pkwy <br>Woodbridge, VA 22192 | Line **3.33** <br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.   + $ | **8,410,677.57** |

Debtor    **Stratford University, Inc.**
_____
Name

Case number (if known)  _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **8,410,677.57**

Fill in this information to identify the case:

Debtor name     **Stratford University, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Copier Leases** | |
| State the term remaining — **1/25/2023** | **Canon Copier**<br>**One Canon Park**<br>**Melville, NY 11747** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Rental Lease - 14349 Gideon Dr. Woodbridge, VA  22192** | |
| State the term remaining — **10/31/2029** | **Emad E. Saadeh, P.E./Landlord**<br>**14130 Noblewood Plaza**<br>**Suite 307**<br>**Woodbridge, VA 22193** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Rental Lease - 210 South Central Ave Baltimore, MD  21202** | |
| State the term remaining — **11/30/2024** | **FEG Central Apartments, LLC**<br>**c/o Shaffin Jatha**<br>**24 W. Franklin St.**<br>**Baltimore, MD 21201** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Postage Machine Lease** | |
| State the term remaining — **1/2/2023** | **Pitney Bowes Global Fin, Svcs.**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** |
| List the contract number of any government contract | |

Debtor 1   **Stratford University, Inc.**
      First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.**  State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease - 2900 Eisenhower Ave Alexandria** | |
|  State the term remaining | **9/1/2027** | |
|  List the contract number of any government contract | | **Scott Clark/Property Mgr. 64 New York Avenue, NE, Suite Lower Level Washington, DC 20002** |
| **2.6.**  State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease - 2900 Eisenhower Ave. Alexandria, VA  22314** | |
|  State the term remaining | | |
|  List the contract number of any government contract | | **U.S. REIF (Landlord) 600 Washington Ave, Suite 1100 Saint Louis, MO 63101** |
| **2.7.**  State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|  State the term remaining | | |
|  List the contract number of any government contract | | **Walsh Colucci, PC 4310 Prince William Pkwy Woodbridge, VA 22192** |

**Fill in this information to identify the case:**

Debtor name __**Stratford University, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Stratford University, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $12,573,787.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $20,272,047.00 |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $33,698,544.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Stratford University, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Exhibit B** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See Exhibit C** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Leaf Capital Funding, LLC**<br><br>**v.**<br><br>**Stratford, Inc.**<br>**220702638** | **Certification of Notice of Praecipe to Enter Default Judgment** | **Court of Common Pleas 1400 John F Kennedy Blvd Philadelphia, PA 19107** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

---

Debtor    **Stratford University, Inc.** _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **FEG Central Apartments, LLC**<br><br>**v.**<br><br>**Stratford University Inc.**<br>**2022014400415150** | **Failure To Pay Rent - Landlord's Complaint for Repossession of Rented Property (Real Property §8-401)** | **District Court of Maryland**<br>**501 E. Fayette St.**<br>**Baltimore, MD 21202** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. **St. Moritz Security Services, Inc., a Pennsylvania corporation,**<br><br>**v.**<br><br>**Stratford University, Inc., a Virginia corporation,**<br>**AR-22-002471** | **Notice of Judgment** | **Court of Common Pleas**<br>**Alleghany County**<br>**414 Grant St**<br>**Pittsburgh, PA 15219** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. **Advantix**<br><br>**v.**<br><br>**Stratford University**<br>**2021-17280** | **Breach of Contract** | **Fairfax County Circuit Court**<br>**4110 Chain Bridge Rd**<br>**Fairfax, VA 22030** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Ana Rodriguez, & All Others Similarly Situated v. Stratford University**<br>**1:22-cv-01048-MSN-WEF** | **Class Action** | **U.S. District Court**<br>**Alexandria Division**<br>**401 Courthouse Square**<br>**Alexandria, VA 22314** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **International Academic City Saqi Barzani et al**<br><br>**v**<br><br>**Stratford University, Inc., et al**<br>**1:20-cv-00193-LO-JFA** | **370 Other Fraud Diversity-Fraud** | **Eastern District of Virginia**<br>**401 Courthouse Square**<br>**Alexandria, VA 22314** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.7. **ULDA BELLAMOUR**<br><br>**v.**<br><br>**STRATFORD UNIVERSITY, INC., d/b/a STRATFORD UNIVERSITY, STRATFORD UNIVERSITY LANGUAGE INSTITUTE LLC, STRATFORD UNIVERSITY FOUNDATION, INC., RICHARD R. SHURTZ, II, MARY A. SHURTZ, TARIQ KHAN, RICHARD ANDERSON, MARION E. BROOKS, RODERICK FRENCH, GERALD GORDON, ANGELA MCCONNELL, JOSEPH TERRY, and DANIEL WOODLEY,**<br>**Case# 012200053408** | **IN ARBITRATION BEFORE AMERICAN ARBITRATION ASSOCIATION** | **The Bender Building**<br>**1120 Connecticut Ave. N.W.**<br>**Washington, DC 20036** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Stratford University, Inc.** _____    Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Cybersecurity Breach** | | **4/2022** | **Unknown** |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Odin, Feldman & Pittleman, PC**<br>**1775 Wiehle Ave**<br>**Reston, VA 20190** | | **10/05/2022 - 1/26/2023** | **$22,662.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

Debtor    **Stratford University, Inc.**                                Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 7777 Leesburg Pike Falls Church, VA 22043 | 7/1/06 - 9/30/21 |
| 14.2. | 3201 Jermantown Road Suite 500 Fairfax, VA 22030 | 1/1/13 - 2/28/20 |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   Student files, financial and administrative records
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
● Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.    (Trans America)

Debtor    **Stratford University, Inc.**                                             Case number *(if known)*

☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **EagleBank 6010 Executive Blvd. Rockville, MD 20852** | **XXXX-2004** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Loan** | **9/8/2022** | **$804,858.00** |
| 18.2. | **EagleBank 6010 Executive Blvd. Rockville, MD 20852** | **XXXX-4941** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/7/2022** | **$529,000.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Access Storage 9101 Owens Drive Manassas, VA 20111** | **Richard Shurtz, II** | **Student files, financial and administrative records** | ☐ No<br>■ Yes |
| **Access Storage 13441 Liberty Lane Gordonsville, VA 22942** | **Richard Shurtz, II** | **Student files, financial and administrative records** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **Stratford University, Inc.**                                              Case number *(if known)*

---

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Stratford Univ. Language Inst., LLC 2900 Eisenhower Ave Fl. 2 Alexandria, VA 22314** | **Vocational School** | EIN:     **54-1038413** From-To   **6/22/1976 - present** |

---

Debtor   **Stratford University, Inc.** _____  Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.2.  **Stratford University<br>2900 Eisenhower Ave. Fl. 2<br>Alexandria, VA 22314** | **Vocational School** | **EIN:**  **54-1038413**<br>**From-To**  **6/22/1976 - present** |
| 25.3.  **Stratford Univ. Foundation Inc.<br>2900 Eisenhower Ave. Fl. 2<br>Alexandria, VA 22314** | **Foundation** | **EIN:**  **54-1038413**<br>**From-To**  **6/22/1976 - present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Joseph J. Romagnoli<br>CST Group, CPAS, PC<br>10740 Parkridge Blvd. 5th Fl.<br>Reston, VA 20190** | **2017 - present** |
| 26a.2.  **John Rumford<br>608 Pebble Beach Drive<br>Silver Spring, MD 20904** | **2/2020 - present** |
| 26a.3.  **Nicholas Coelho<br>8651 Acacia Leaf Drive #304<br>Manassas, VA 20109** | **2017 - present** |
| 26a.4.  **Hemin Kochany<br>5704 Osprey Court<br>Clifton, VA 20124** | **2017 - 5/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **CST GROUP, CPAs, PC<br>10740 Parkridge Blvd<br>5th Floor<br>Reston, VA 20191** | **9/2013 - present** |
| Name and address | Date of service<br>From-To |
| 26b.2.  **SST Accountants<br>12720 Hillcrest Road Ste. 500<br>Dallas, TX 75230** | **6/2013 - 12/2021** |
| Name and address | Date of service<br>From-To |
| 26b.3.  **Andrew Pieri, CPA<br>86-119 Marengo Street<br>Hollis, NY 11423** | **5/2022 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **Stratford University, Inc.** | Case number *(if known)* | |

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Dept of Education**<br>**400 Maryland Ave, SW**<br>**Washington, DC 20202** |
| 26d.2. | **Accrediting Council of Independent**<br>**Colleges & Schools**<br>**750 First St, NE Ste. 980**<br>**Washington, DC 20002** |
| 26d.3. | **Maryland Higher Ed. Commission**<br>**6 N. Liberty Street**<br>**Baltimore, MD 21201** |
| 26d.4. | **EagleBank**<br>**6010 Executive Blvd.**<br>**Rockville, MD 20852** |
| 26d.5. | **Cushman Wakefield**<br>**64 New York Avenue, NE,**<br>**Suite Lower Level**<br>**Washington, DC 20002** |
| 26d.6. | **FEG Central Apartments, LLC**<br>**24 W. Franklin St.**<br>**Baltimore, MD 21201** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Shurtz, II** | **3319 Cranbrook Ct.**<br>**Oakton, VA 22124** | **President and Board Member** | **52.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary Ann Shurtz** | **3319 Cranbrook Ct.**<br>**Oakton, VA 22124** | **Owner/EVP and Board Member** | **37.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Legacy Trust** | **3319 Cranbrook Court**<br>**Oakton, VA 22124** | **Non voting shareholder** | **10%** |

Debtor   **Stratford University, Inc.** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Rumford | 608 Pebble Beach Drive Silver Spring, MD 20904 | Controller | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Salary & Car lease - See Exhibit C** | | | |
| | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Stratford University, Inc.**                                    Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2023**

**/s/ Richard Shurtz, II**                              **Richard Shurtz, II**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Virginia

In re   **Stratford University, Inc.** _____   Case No. _____

_____

Debtor(s)                        Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **27,000.00** |
| Prior to the filing of this statement I have received | $ | **27,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other *(specify)*

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other *(specify)*

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Other provisions as needed:
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**
      **2004 Examinations**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 27, 2023** | **/s/ Bradley D. Jones** |
| *Date* | **Bradley D. Jones** |
| | *Signature of Attorney* |
| | |
| | **Odin, Feldman & Pittleman, P.C.** |
| | *Name of Law Firm* |
| | **1775 Wiehle Avenue** |
| | **Reston, VA 20190** |
| | **(703) 218-2100** |

---

***For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,488</u>***
***<u>(For all Cases Filed on or after 01/01/2021)</u>***

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

_____          _____
*Date*                                                                *Signature of Attorney*

1500AM Federal News Radio
3400 Idaho Ave NW
Washington, DC 20016


Abramoff Neuberger LLP
Attn: Nancy Haas, Esq.
2850 Quarry Lake Dr. Suite 300
Baltimore, MD 21209


Access Info Holdings, LLC
6818 Patterson Pass Road
Suite A
Livermore, CA 94550


Advanced Elevator Inspections
 5101 Branchville Rd
College Park, MD 20740


Advantix
9355 John W. Elliott Dr., #25
Frisco, TX 75033


Albert Uster Co
9211 Gaither Rd
Gaithersburg, MD 20877


Alexandria Chamber of Commerce
2834 Duke Street
Alexandria, VA 22314


American Library Assoc.
P.O. BOX 77-6499
Chicago, IL 60678


Ana Rodriguez & All Others Sit
c/o Nicholas A. Migliaccio Esq
412 H Street N.E., Suite 302
Washington, DC 20002


Assessment Technologies Inst.
62277 Collections Center Dr.
Leawood, KS 66211

Avanced Elevator Inspections
P.O. BOX 86
Upper Falls, MD 21156


Baltimore Gas & Electric
P.O. Box 1475
Baltimore, MD 21203


Berk's Pest Control
1851 Cape May Rd
Essex, MD 21221


BFPE International Inc.
P.O. BOX 791045
Baltimore, MD 21279


Brian M. Fleisher, Esq.
4 Greentree Centre
601 Route 73 N. Suite 305
Marlton, NJ 08053


Buckhead Meat & Seafood Mid-At
1920 Stanford Court
Hyattsville, MD 20785


Canon Copier
One Canon Park
Melville, NY 11747


Cigna
900 Cottage Grove Road
Bloomfield, CT 06002


Cintas Corp.
P.O. BOX 631025
Cincinnati, OH 45263


Cintas First Aid & Safety
P.O. BOX 631025
Cincinnati, OH 45263


Circuit Court For Allegany
30 Washington Street
Cumberland, MD 21502

City of Alexandria/Fin. Dept.
301 King Street
Alexandria, VA 22314


City of Baltimore
P.O. BOX 17119
Baltimore, MD 21297


Clarke & Sampson Insurance
 5101 Branchville Rd
Suite200
Alexandria, VA 22314


Coastal Sunbelt Produce
9001 Whiskey Bottom Rd
Laurel, MD 20723


Comm. on English Prog. Accred.
1001 N. Fairfax Street
Suite 630
Alexandria, VA 22314


Confre'Rie De La Chaine Des Ro
285 Madison Av
Madison, NJ 07940


Cooley LLP
John G. Lavoie, Esq.
11951 Freedom Dr., Ste. 1500
Reston, VA 20190


Council for Higher Ed Accredit
P.O. BOX 37085
Baltimore, MD 21297


Court of Common Pleas
1400 John F Kennedy Blvd
Philadelphia, PA 19107


Cox Communications - NOVA
DEPT. 781114
PO BOX 78000
Detroit, MI 48278

CST Group, CPAs, PC
10740 Parkridge Blvd.
5th Floor
Reston, VA 20191


Cushman Wakefield/Scott Clark
64 New York Avenue, NE,
Suite Lower Level
Washington, DC 20002


Dept. of Education
School Part Div - Phil
100 Penn Sq. East Ste. 511
Philadelphia, PA 19107


Dept. of Treasury/Dept. of Ed.
P.O. Box 830794
Birmingham, AL 35283


Dominion VA Power
980 Warrenton Rd
Fredericksburg, VA 22406


Ebsco Subscription Service
P.O. BOX 204661
Dallas, TX 75320


Emad E. Saadeh, P.E./Landlord
SAADEH PARTNERS, LLC
14130 Noblewood Plaza, Suite 3
Woodbridge, VA 22193


Emad E. Saadeh, P.E./Landlord
14130 Noblewood Plaza
Suite 307
Woodbridge, VA 22193


Embroidery By Marilyn
1172 Leeds Rd
Elkton, MD 21921


Equinix Inc. - #774252
4252 Solutions Center
Chicago, IL 60677

F.A. Davis Company
1915 Arch Street
Philadelphia, PA 19103


FEG Central Apartments, LLC
Shaffin Jetha/Focus Dev.
24 W. Franklin Street
Baltimore, MD 21201


FEG Central Apartments, LLC
c/o Shaffin Jatha
24 W. Franklin St.
Baltimore, MD 21201


Fells Point Wholesale Meats
2730 Wilmarco Ave
Baltimore, MD 21223


FPC Holdings Inc.
6630 Amberton Drive
Elkridge, MD 21075


Grainger
100 Grainger Parkway
Lake Forest, IL 60045


Guardian Fire Protection Svcs.
7668 Standish Pl.
Derwood, MD 20855


Guernsey Office Products
P.O. BOX 10846
Chantilly, VA 20153


Gurukul Overseas
726 Elmwood Ct.
Rochester, MI 48307


Hadpro Hood and Ducts Prof.
4723A Eisenhower Ave
Alexandria, VA 22304


Harvard Business Publishing
20 Guest St. Suite 700
Brighton, MA 02135

Holland & Knight
Louis J. Roleau
800 17th St. N.W. Suite 1100
Washington, DC 20006


Hurst
127 S. Railroad Ave.
Brookhaven, MS 39601


J.J. McDonnell & Co. Inc.
7010 Brookdale Dr
Elkridge, MD 21075


Jackson Lewis LLP
P.O. BOX 416019
Boston, MA 02241


Jani King of Washington DC
11351 Random Hills Rd Ste 150
Fairfax, VA 22030


Jostens Inc.
21336 Network Pl.
Chicago, IL 60673


Keany Produce Company
3310 75th Avenue
Hyattsville, MD 20785


Land Services USA, Inc.
Shawn A. Goldfaden, Esq.
215 Washington Ave Suite 707
Towson, MD 21204


Leadsquared Inc.
555 US HIGHWAY ONE SOUTH
SUITE 170
Iselin, NJ 08830


Leaf Capital Funding, LLC
2005 Market St. 14th Floor
Philadelphia, PA 19103

Leonard Paper Co.
725 N Haven St
Baltimore, MD 21205


Level 3 Financing Inc.
Level 3 Communications, LLC
P.O. BOX 910182
Denver, CO 80291


Lexus Financial Svcs.
PO Box 9490
Cedar Rapids, IA 52409


Library & Info Resources Netwo
P.O. Box 4755
Clearwater, FL 33758


Life Insurance Co of North Am
P.O. BOX 13701
Philadelphia, PA 19101


Loyal Termite and Pest Control
2610 E Parham Rd
Henrico, VA 23228


Magnolia Plumbing Inc.
600 Gallatin St., NE
Washington, DC 20017


Mark H. Slusher/Campus Realty
c/o Thalhimer Realty Partners
11100 West Broad Street
Glen Allen, VA 23060


MAXKNOWLEDGE, INC.
3943 Irvine Blvd. # 262
Irvine, CA 92602


MBS Direct
2711 West Ash Street
Columbia, MO 65203


Metroplitan Meat, Seafood
1920 Stanford Court
Hyattsville, MD 20785

Monoprice, Inc.
P.O. BOX 740417
Los Angeles, CA 90074


Moodles US LLC
8101 College Blvd, Ste. 100
Overland Park, KS 66210


Morton G. Thalhimer, Inc.
11100 W Broad St
Glen Allen, VA 23060


Nagios Enterprises, LLC
1295 Bandana Blvd N, Suite 165
Saint Paul, MN 55108


NASFAA
1801 Pennsylvania Avenue, NW
Suite 850
Washington, DC 20006


New Directions Behavioral Hlth
PO Box 6729
Leawood, KS 66206


New York Life Group Ins. Co NY
51 Madison Avenue, 2nd Floor
New York, NY 10010


Nexus Systems, Inc.
6400 Arlington Blvd #1000
Falls Church, VA 22042


NORTHEASTKUTZ Lawn Svcs. LLC
3904 Glenmore Ave
Baltimore, MD 21206


NOVEC
10323 Lomond Dr
Manassas, VA 20109


NQGRG, P.C.
Steven J. Willner
One South Street 27th Fl.
Baltimore, MD 21202

Offix
13525 Wellington Center Cir #1
Gainesville, VA 20155


Oxford University Press
198 Madison Avenue
New York, NY 10016


Paetec Communications, Inc.
4001 N Rodney Parham Road
Little Rock, AR 72212


Paramount Mechanical Corp.
7053 Gateway Ct
Manassas, VA 20109


Payne Publishers
8707 Quarry Rd.
Manassas, VA 20110


Peroutka & Peroutka, P.A.
8028 Ritchie Hwy #300
Pasadena, MD 21122


Pitney Bowes Global Fin, Svcs.
 27 Waterview Drive
Shelton, CT 06484


PMG Inc. T/A Plumbing Mechanic
8823 Telegraph Rd
Lorton, VA 22079


Pocket Nurse Enterprises, Inc.
610 Frankfort Rd
Monaca, PA 15061


Quench USA Inc.
630 Allendale Road, Suite 200
King of Prussia, PA 19406


Redshelf, Inc. DBA Virdocs
500 North Dearborn Street
Suite 1200
Chicago, IL 60654

Richard & Mary Ann Shurtz
3319 Cranbrook Court
Oakton, VA 22124


Riverstone Infotech, LLC
5890 Stoneridge Drive
Suite 209
Pleasanton, CA 94588


Robert's Key Service Inc.
217 W Read St
Baltimore, MD 21201


Saval Food Service
6740 Dorsey Rd
Elkridge, MD 21075


Scott Clark/Property Mgr.
64 New York Avenue, NE,
Suite Lower Level
Washington, DC 20002


Security Services, LLC Neustar
45980 Center Oak Plaza
Sterling, VA 20166


Sesay, Salamatu B.
9777 Good Luck Rd #10
Lanham, MD 20706


Shannon Conway, Esq.
831 Fourth Ave., Ste. 201
Dallas, TX 75201


Shred-It USA
11311 Cornell Park Drive
Suite 125
Cincinnati, OH 45242


Simple Systems Group, LLC
12157 West Linebaugh Ave
Suite 275
Tampa, FL 33626

Sky Insurance Technologies
18 Interchange Blvd Ste A
Greenville, SC 29607


Skytap Inc.
710 2nd Ave Ste 1130
Seattle, WA 98104


Small Business Administration
2 North 20th St. Suite 320
Birmingham, AL 35203


St. Moritz Security Svcs. Inc.
7777 Leesburg Pike
Suite 404, N
Falls Church, VA 22043


St. Moritz Security Svcs. Inc.
4600 Clariton Blvd.
Pittsburgh, PA 15236


Stamper Electric Inc.
1379 Jarrettsville Rd
Forest Hill, MD 21050


Stanley Convergent Sec Sol Inc
8211 Terminal Rd Suite 1300
Lorton, VA 22079


Statwax, LLC
11313 USA Pkwy
Fishers, IN 46037


Stericycle Inc.
2355 Waukegan Road
Deerfield, IL 60015


Stratford University Foundation,Inc.
2900 Eisehower Avenue, Fl 2
Alexandria, VA 22314


Talcott J. Franklin
TFPC, a Maine Prof Corp
181 Western Promenade
Portland, ME 04102

The College Board-NPC
P.O. BOX 30171
New York, NY 10087


The Compost Crew, LLC
119 5TH STREET SE
Silver Spring, MD 20901


The Image Factory
411 Taunton Dr
Santa Maria, CA 93455


Thornton & Associates PLC
James D. Thornton, Esq.
4449 Cox Rd.
Glen Allen, VA 23060


Thyssenkrupp Elevator
DBA TK Elevator
788 Circle 75 Pkwy SE, Ste 500
Atlanta, GA 30339


TransUnion
P.O. Box 2000
Chester, PA 19016


Triad Mechanical Svcs. Inc.
12232 Long Green Pike
Glen Arm, MD 21057


Tutor.Com, Inc
555 WEST 18TH ST
New York, NY 10011


U.S. District Court
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314


U.S. REIF (Landlord)
600 Washington Ave, Suite 1100
Saint Louis, MO 63101

Ulda Bellamour
10227 Wincopin Circle
Apt.1578
Columbia, MD 21044


United States Treasury
1500 Pennsylvania Avenue, NW,
Washington, DC 20220


VAR Technology Finance
2330 I-30
Mesquite, TX 75150


Verizon
PO BOX 660720
DALLAS, TX 75266


Vilis Systems
8423 Morgan Ln
Eden Prairie, MN 55347


Virginia American Water
2223 Duke St
Alexandria, VA 22314


Virginia Board of Nursing
9960 Mayland Dr #300
Richmond, VA 23222


Walsh Colucci, PC
4310 Prince William Pkwy
Woodbridge, VA 22192


Washington Gas
6801 Industrial Road
Springfield, VA 22151


Waste Management of Virginia
800 Capitol Street, Suite 3000
Houston, TX 77002


Watermark Insights, LLC
Taskstream Holdings, LLC
71 W 23rd St f15
New York, NY 10010

```
Wells Fargo Vendor Fin Svc LLC
POB 35701
Billings, MT 59107


Wolters Kluwer Health
250 W Pratt St
Baltimore, MD 21201
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Stratford University, Inc.**                                                          Case No.
                                                                            Debtor(s)        Chapter        **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Stratford University, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 27, 2023**
Date

/s/ Bradley D. Jones
**Bradley D. Jones**
Signature of Attorney or Litigant
Counsel for    **Stratford University, Inc.**
**Odin, Feldman & Pittleman, P.C.**
**1775 Wiehle Avenue**
**Reston, VA 20190**
**(703) 218-2100**