## United States Bankruptcy Court
### Eastern District of Virginia

In re   **Stratford University, Inc.**                                                           Case No.
                                    Debtor(s)                                                    Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Richard Shurtz, II**, declare under penalty of perjury that I am the **President** of **Stratford University, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **27th** day of **Jan**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard Shurtz, II**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard Shurtz, II**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard Shurtz, II**, **President** of this Corporation is authorized and directed to employ **Bradley D. Jones**, attorney and the law firm of **Odin, Feldman & Pittleman, P.C.** to represent the corporation in such bankruptcy case."

Date   **January 27, 2023**                                   Signed   **/s/ Richard Shurtz, II**
                                                                       **Richard Shurtz, II**

Resolution of Board of Directors
of
**Stratford University, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard Shurtz, II**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard Shurtz, II**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard Shurtz, II**, **President** of this Corporation is authorized and directed to employ **Bradley D. Jones**, attorney and the law firm of **Odin, Feldman & Pittleman, P.C.** to represent the corporation in such bankruptcy case.

Date  **January 27, 2023**                              Signed   /s/ Richard Shurtz, II

Date  **January 27, 2023**                              Signed   /s/ Mary Ann Shurtz