# EXHIBIT B

| Check Number | Vendor ID | Vendor Name | Check Date | Audit Trail Code | Amount | Reason | Description |
|---|---|---|---|---|---|---|---|
| EFT000000015748 | ACCINF | ACCESS INFORMATION HOLDINGS, L | 9/1/2022 | PMCHK00004244 | $9,644.84 | Services | File storage |
| PREAUTHORIZED ACH DEBIT | | AEGON USA       CO | 9/7/2022 | AEGON USA       CONTR | 19,514.85 | Other | 401K Employee Contributions |
| PREAUTHORIZED ACH DEBIT | | AEGON USA       CO | 9/20/2022 | AEGON USA       CONTR | 18,367.18 | Other | 401K Employee Contributions |
| PREAUTHORIZED ACH DEBIT | | AEGON USA       CO | 10/4/2022 | AEGON USA       CONTR | 20,995.61 | Other | 401K Employee Contributions |
| PREAUTHORIZED ACH DEBIT | | AEGON USA       CO | 10/17/2022 | AEGON USA       CONTR | 18,851.70 | Other | 401K Employee Contributions |
| PREAUTHORIZED ACH DEBIT | | AEGON USA       CO | 10/21/2022 | AEGON USA       CONTR | 160.00 | Other | 401K Employee Contributions |
| EFT000000015775 | ARE | ALEXANDRIA RENEW ENTERPRISES | 9/14/2022 | PMPAY00000489 | $776.96 | Services | Utilities |
| EFT000000015821 | ANDPIE | ANDREW PIERI, CPA PC | 10/24/2022 | PMCHK00004265 | $24,750.52 | Services | Compliance auditor |
| EFT000000015752 | ATI | ASSESSMENT TECHNOLOGIES INSTIT | 9/2/2022 | PMPAY00000488 | $25,000.00 | Suppliers or v | Student resources |
| EFT000000015757 | SRBHUWDESH | BHUWAN DESHPANDAY | 9/7/2022 | PMCHK00004246 | $7,463.00 | Services | Student referral services |
| EFT000000015751 | CFCULTD | CFC UNDERWRITING LTD | 9/1/2022 | PMPAY00000488 | $15,000.00 | Other | Insurance Deductible |
| EFT000000015806 | CHRISMSEL | CHRISTINE MARIE SELWYN | 10/21/2022 | PMCHK00004264 | $2,610.00 | Services | Contractor/former employee |
| EFT000000015830 | CHRISMSEL | CHRISTINE MARIE SELWYN | 11/2/2022 | PMCHK00004268 | $2,610.00 | Services | Contractor/former employee |
| PREAUTHORIZED ACH DEBIT | | CIGNA EDGE TRANS  CO | 9/20/2022 | CIGNA EDGE TRANS  CO | 70,843.06 | Other | Heatlh Insurance |
| PREAUTHORIZED ACH DEBIT | | CIGNA EDGE TRANS  CO | 10/20/2022 | CIGNA EDGE TRANS  CO | 63,298.25 | Other | Heatlh Insurance |
| PREAUTHORIZED ACH DEBIT | | CIGNA EDGE TRANS  CO | 11/22/2022 | CIGNA EDGE TRANS  CO | 57,849.10 | Other | Heatlh Insurance |
| PREAUTHORIZED ACH DEBIT | | CST Group | 10/24/2022 | STARTFORD UNIVER  CST | 55,000.00 | Services | Auditor |
| PREAUTHORIZED ACH DEBIT | | Dept of Ed | 9/20/2022 | DEBTMGMTSERVICES  P. | 20,057.68 | Other | Dept of Ed Liability |
| BOOK TRANSFER DEBIT | | Dept of Ed | 9/22/2022 | REF 2651339L    FUNDS | 28,717.00 | Other | DoEd Returns |
| MISCELLANEOUS FEES | | EagleBank | 10/12/2022 | ANALYSIS ACTIVITY | 4,483.25 | | EagleBank Fee |
| INDIVIDUAL LOAN PAYMENT | | EagleBank Note | 9/9/2022 | | 810,624.47 | Secured debt | EagleBank Stratford Note |
| PREAUTHORIZED ACH DEBIT | | ECSI | 9/16/2022 | STARTFORD UNIVER  STI | 37,287.75 | Other | Student Refunds |
| PREAUTHORIZED ACH DEBIT | | ECSI | 9/16/2022 | STARTFORD UNIVER  STI | 18,591.50 | Other | Student Refunds |
| PREAUTHORIZED ACH DEBIT | | ECSI | 9/27/2022 | STARTFORD UNIVER  STI | 87,783.09 | Other | Student Refunds |
| PREAUTHORIZED ACH DEBIT | | ECSI | 10/5/2022 | STARTFORD UNIVER  STI | 54,655.99 | Other | Student Refunds |
| EFT000000015759 | EDUCOM | EDUCATIONAL COMPLIANCE MANAGEM | 9/7/2022 | PMCHK00004246 | $27,266.53 | Services | Compliance contractor |
| EFT000000015790 | EQUINIX | EQUINIX INC | 9/26/2022 | PMCHK00004256 | $6,757.72 | Services | Data center |
| EFT000000015827 | EQUINIX | EQUINIX INC | 10/25/2022 | PMCHK00004266 | $13,515.44 | Services | Data center |
| EFT000000015844 | ERICLORENZ | ERICH LORENZ | 11/10/2022 | PMCHK00004270 | $15,000.00 | Services | Contractor/former employee |
| WIRE TRANSFER -OUT | | EXPONENTHR      IN | 9/14/2022 | 202209140012024  EXP | 310,918.55 | Other | Payroll |
| WIRE TRANSFER -OUT | | EXPONENTHR      IN | 9/28/2022 | 202209280014644  EXP | 222,749.31 | Other | Payroll |
| WIRE TRANSFER -OUT | | EXPONENTHR      IN | 10/12/2022 | 202210120013446  EXP | 182,815.60 | Other | Payroll |
| PREAUTHORIZED ACH DEBIT | | EXPONENTHR      IN | 9/12/2022 | EXPONENT       00103 | 3,223.50 | Services | Payroll Processing Fee |
| PREAUTHORIZED ACH DEBIT | | EXPONENTHR      IN | 10/11/2022 | EXPONENT       00103 | 3,007.50 | Services | Payroll Processing Fee |
| PREAUTHORIZED ACH DEBIT | | EXPONENTHR      IN | 11/10/2022 | EXPONENT       00103 | 2,887.50 | Services | Payroll Processing Fee |
| PREAUTHORIZED ACH DEBIT | | EXPONENTHR      IN | 9/20/2022 | EXPONENTHR      INVOI | 10,376.76 | Services | Payroll Processing Fee |
| PREAUTHORIZED ACH DEBIT | | EXPONENTHR      IN | 10/5/2022 | EXPONENTHR      INVOI | 7,753.75 | Services | Payroll Processing Fee |
| PREAUTHORIZED ACH DEBIT | | EXPONENTHR      IN | 10/17/2022 | EXPONENTHR      INVOI | 3,876.88 | Services | Payroll Processing Fee |
| PREAUTHORIZED ACH CREDIT | | EXPONENTHR      IN | 11/15/2022 | EXPONENTHR      INVOI | (21.79) | Services | Payroll Processing Fee |
| EFT000000015794 | GALANMACK | GERALD ALAN MACKEY | 9/28/2022 | PMCHK00004258 | $2,213.09 | Services | Contractor/former employee |
| EFT000000015823 | GALANMACK | GERALD ALAN MACKEY | 10/24/2022 | PMCHK00004265 | $3,712.28 | Services | Contractor/former employee |
| EFT000000015767 | JASGLA | JASON JEFFRIES-GLASGOW | 9/14/2022 | PMCHK00004248 | $9,000.00 | Services | Contractor/former employee |
| EFT000000015778 | JASGLA | JASON JEFFRIES-GLASGOW | 9/19/2022 | PMCHK00004252 | $6,686.65 | Services | Contractor/former employee |
| EFT000000015788 | JASGLA | JASON JEFFRIES-GLASGOW | 9/19/2022 | PMCHK00004254 | $3,300.00 | Services | Contractor/former employee |
| EFT000000015795 | JASGLA | JASON JEFFRIES-GLASGOW | 9/28/2022 | PMCHK00004258 | $2,700.00 | Services | Contractor/former employee |
| EFT000000015798 | JASGLA | JASON JEFFRIES-GLASGOW | 10/3/2022 | PMCHK00004259 | $2,735.10 | Services | Contractor/former employee |
| EFT000000015817 | JASGLA | JASON JEFFRIES-GLASGOW | 10/21/2022 | PMCHK00004264 | $4,800.00 | Services | Contractor/former employee |
| EFT000000015799 | KARBOL | KAREN STURTEVANT | 10/3/2022 | PMCHK00004259 | $944.67 | Services | Contractor/former employee |
| EFT000000015809 | KARESTURT | KAREN STURTEVANT | 10/21/2022 | PMCHK00004264 | $7,500.00 | Services | Contractor/former employee |
| EFT000000015833 | KARESTURT | KAREN STURTEVANT | 11/9/2022 | PMCHK00004269 | $7,500.00 | Services | Contractor/former employee |
| EFT000000015810 | LATAHUGH | KLM GLOBAL ENTERPRISES LLC | 10/21/2022 | PMCHK00004264 | $3,500.00 | Services | Student referral services |
| EFT000000015835 | LATAHUGH | KLM GLOBAL ENTERPRISES LLC | 11/9/2022 | PMCHK00004269 | $3,500.00 | Services | Student referral services |
| EFT000000015786 | LICONA | LINA | 9/19/2022 | PMCHK00004252 | $25,384.05 | Other | Employee benefits |
| EFT000000015824 | MARMIRLEX | MARIE MIRNA LEXIMA | 10/24/2022 | PMCHK00004265 | $6,700.00 | Services | Contractor/former employee |
| EFT000000015843 | MARMIRLEX | MARIE MIRNA LEXIMA | 11/9/2022 | PMCHK00004269 | $6,667.00 | Services | Contractor/former employee |
| EFT000000015812 | MICHMDLEE | MICHELE M. D. LEE | 10/21/2022 | PMCHK00004264 | $3,000.00 | Services | Contractor/former employee |
| EFT000000015836 | MICHMDLEE | MICHELE M. D. LEE | 11/9/2022 | PMCHK00004269 | $3,000.00 | Services | Contractor/former employee |
| EFT000000015768 | NICKCOELHO | NICKHOLAS COELHO | 9/14/2022 | PMCHK00004248 | $1,062.50 | Services | Contractor/former employee |
| EFT000000015779 | NICKCOELHO | NICKHOLAS COELHO | 9/19/2022 | PMCHK00004252 | $1,062.50 | Services | Contractor/former employee |
| EFT000000015791 | NICKCOELHO | NICKHOLAS COELHO | 9/26/2022 | PMCHK00004256 | $2,125.00 | Services | Contractor/former employee |
| EFT000000015813 | NICKCOELHO | NICKHOLAS COELHO | 10/21/2022 | PMCHK00004264 | $1,500.00 | Services | Contractor/former employee |
| EFT000000015842 | NICKCOELHO | NICKHOLAS COELHO | 11/9/2022 | PMCHK00004269 | $1,500.00 | Services | Contractor/former employee |
| EFT000000015828 | NICOHADD | NICOLE C HADDOCK | 10/25/2022 | PMCHK00004266 | $2,240.00 | Services | Contractor/former employee |
| EFT000000015838 | NICOHADD | NICOLE C HADDOCK | 11/9/2022 | PMCHK00004269 | $2,240.00 | Services | Contractor/former employee |
| EFT000000015787 | ODINFE | ODIN, FELDMAN & PITTLEMAN | 9/19/2022 | PMCHK00004253 | $1,178.50 | Services | Legal services |
| EFT000000015800 | ODINFE | ODIN, FELDMAN & PITTLEMAN | 10/4/2022 | PMCHK00004260 | $50,000.00 | Services | Legal services |
| EFT000000015829 | ODINFE | ODIN, FELDMAN & PITTLEMAN | 11/1/2022 | PMCHK00004267 | $5,978.50 | Services | Legal services |
| EFT000000015758 | OVFI | OVETTE L. FINNELL | 9/7/2022 | PMCHK00004246 | $500.00 | Services | Contractor/former employee |
| EFT000000015770 | OVFI | OVETTE L. FINNELL | 9/15/2022 | PMCHK00004249 | $500.00 | Services | Contractor/former employee |
| EFT000000015781 | OVFI | OVETTE L. FINNELL | 9/19/2022 | PMCHK00004252 | $500.00 | Services | Contractor/former employee |
| EFT000000015793 | OVFI | OVETTE L. FINNELL | 9/28/2022 | PMCHK00004257 | $500.00 | Services | Contractor/former employee |
| EFT000000015796 | OVFI | OVETTE L. FINNELL | 10/3/2022 | PMCHK00004259 | $662.83 | Services | Contractor/former employee |
| EFT000000015814 | OVETFINN | OVETTE L. FINNELL | 10/21/2022 | PMCHK00004264 | $7,500.00 | Services | Contractor/former employee |
| EFT000000015831 | OVETFINN | OVETTE L. FINNELL | 11/2/2022 | PMCHK00004268 | $7,500.00 | Services | Contractor/former employee |
| EFT000000015815 | PAMEFONJ | PAMELA FONJU | 10/21/2022 | PMCHK00004264 | $2,000.00 | Services | Contractor/former employee |
| EFT000000015839 | PAMEFONJ | PAMELA FONJU | 11/9/2022 | PMCHK00004269 | $2,000.00 | Services | Contractor/former employee |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EFT000000015749 | PREFCLE | PREFERRED CLEANING JANITORIAL | 9/1/2022 | PMCHK00004244 | $2,650.00 | Services | Cleaning services |
| PREAUTHORIZED ACH DEBIT | | RACKSPACE US INC  BA | 9/29/2022 | RACKSPACE US INC  BAT | 3,507.36 | Suppliers or v | Data Storage |
| PREAUTHORIZED ACH DEBIT | | RACKSPACE US INC  BA | 10/31/2022 | RACKSPACE US INC  BAT | 3,400.51 | Suppliers or v | Data Storage |
| PREAUTHORIZED ACH DEBIT | | RACKSPACE US INC  BA | 11/29/2022 | RACKSPACE US INC  BAT | 379.38 | Suppliers or v | Data Storage |
| EFT000000015816 | ROBPHLEW | ROBLYN PHILLITA LEWTER | 10/21/2022 | PMCHK00004264 | $3,500.00 | Services | Contractor/former employee |
| EFT000000015840 | ROBPHLEW | ROBLYN PHILLITA LEWTER | 11/9/2022 | PMCHK00004269 | $3,500.00 | Services | Contractor/former employee |
| EFT000000015803 | NEIN | SECURITY SERVICES, LLC | 10/7/2022 | PMCHK00004262 | $2,232.42 | Services | Data security |
| EFT000000015804 | NEIN | SECURITY SERVICES, LLC | 10/7/2022 | PMCHK00004262 | $1,838.94 | Services | Data security |
| EFT000000015769 | STETOP | STEP PRO ACCOUNTING LLC | 9/14/2022 | PMCHK00004248 | $5,550.00 | Services | Contractor/former employee |
| EFT000000015789 | STETOP | STEP PRO ACCOUNTING LLC | 9/19/2022 | PMCHK00004255 | $7,350.00 | Services | Contractor/former employee |
| EFT000000015818 | STETOP | STEP PRO ACCOUNTING LLC | 10/21/2022 | PMCHK00004264 | $10,800.00 | Services | Contractor/former employee |
| EFT000000015753 | THEH | THE HARTFORD | 9/2/2022 | PMPAY00000488 | $4,180.00 | Other | insurance |
| PREAUTHORIZED ACH DEBIT | | THE HARTFORD    NT | 9/2/2022 | THE HARTFORD    NTCL | 4,180.00 | Other | insurance |
| PREAUTHORIZED ACH DEBIT | | THE HARTFORD    NT | 10/7/2022 | THE HARTFORD    NTCL | 11,786.36 | Other | insurance |
| EFT000000015805 | VETACTLLC | VETERANS' ACT, LLC | 10/17/2022 | PMCHK00004263 | $10,000.00 | Other | Student referral services |
| EFT000000015784 | VSP | VSP Vision Care, Inc. (AT) | 9/19/2022 | PMCHK00004252 | $2,040.91 | Other | Employee benefits |
| EFT000000015755 | WEXHEA | WEX HEALTH, INC | 9/7/2022 | PMCHK00004246 | $9,295.87 | Other | Employee benefits |
| EFT000000015782 | WEXHEA | WEX HEALTH, INC | 9/19/2022 | PMCHK00004252 | $1,161.42 | Other | Employee benefits |
| EFT000000015754 | WEXFSA | WEX HEALTH, INC. | 9/7/2022 | PMCHK00004246 | $884.79 | Other | Employee benefits |
| EFT000000015783 | WEXFSA | WEX HEALTH, INC. | 9/19/2022 | PMCHK00004252 | $172.04 | Other | Employee benefits |
| EFT000000015774 | ZOOMVID | ZOOM VIDEO COMMUNICATION, INC. | 9/12/2022 | PMPAY00000489 | $7,542.95 | Services | Video communication services |
| EFT000000015777 | ZOOMVID | ZOOM VIDEO COMMUNICATION, INC. | 9/19/2022 | PMCHK00004251 | $67.20 | Services | Video communication services |