# EXHIBIT C

| Check Number | Vendor ID | Vendor Check Name | Check Date | Checkbook ID | Audit Trail Code | Amount | Insider |
|---|---|---|---|---|---|---|---|
| Payroll | | JOHN RUMFORD | 1/1/2022 -10/14/2022 | Employee | | 113,846.20 | Controller |
| EFT000000015811 | JOHNRUMFORD | JOHN RUMFORD | 10/21/2022 | Acctg Services | PMCHK00004264 | $7,500.00 | Controller |
| EFT000000015832 | JOHNRUMFORD | JOHN RUMFORD | 11/9/2022 | Acctg Services | PMCHK00004269 | $7,500.00 | Controller |
| EFT000000015401 | ANGMCC | ANGELA McCONNELL | 3/4/2022 | Stipend | PMCHK00004149 | $1,000.00 | Trustee |
| EFT000000015493 | ANGMCC | ANGELA McCONNELL | 4/4/2022 | Stipend | PMCHK00004162 | $1,000.00 | Trustee |
| EFT000000015735 | ANGMCC | ANGELA McCONNELL | 8/29/2022 | Stipend | PMCHK00004242 | $2,000.00 | Trustee |
| EFT000000015761 | ANGMCC | ANGELA McCONNELL | 9/14/2022 | Stipend | PMCHK00004248 | $1,000.00 | Trustee |
| EFT000000015405 | GERGOR | GERALD L. GORDON | 3/4/2022 | Stipend | PMCHK00004149 | $1,500.00 | Trustee |
| EFT000000015494 | GERGOR | GERALD L. GORDON | 4/4/2022 | Stipend | PMCHK00004162 | $1,000.00 | Trustee |
| EFT000000015733 | GERGOR | GERALD L. GORDON | 8/29/2022 | Stipend | PMCHK00004242 | $2,500.00 | Trustee |
| EFT000000015764 | GERGOR | GERALD L. GORDON | 9/14/2022 | Stipend | PMCHK00004248 | $1,000.00 | Trustee |
| EFT000000015408 | JOSTER | JOSEPH TERRY | 3/4/2022 | Stipend | PMCHK00004149 | $500.00 | Trustee |
| EFT000000015497 | JOSTER | JOSEPH TERRY | 4/4/2022 | Stipend | PMCHK00004162 | $1,000.00 | Trustee |
| EFT000000015736 | JOSTER | JOSEPH TERRY | 8/29/2022 | Stipend | PMCHK00004242 | $1,500.00 | Trustee |
| EFT000000015763 | JOSTER | JOSEPH TERRY | 9/14/2022 | Stipend | PMCHK00004248 | $1,000.00 | Trustee |
| EFT000000015499 | MARBRO | MARION BROOKS | 4/4/2022 | Stipend | PMCHK00004162 | $1,000.00 | Trustee |
| EFT000000015766 | MARBRO | MARION BROOKS | 9/14/2022 | Stipend | PMCHK00004248 | $1,000.00 | Trustee |
| EFT000000015415 | RICAND | RICHARD L. ANDERSON | 3/4/2022 | Stipend | PMCHK00004149 | $1,000.00 | Trustee |
| EFT000000015505 | RICAND | RICHARD L. ANDERSON | 4/4/2022 | Stipend | PMCHK00004162 | $1,000.00 | Trustee |
| EFT000000015731 | RICAND | RICHARD L. ANDERSON | 8/29/2022 | Stipend | PMCHK00004242 | $2,500.00 | Trustee |
| EFT000000015417 | RODFRE | RODERICK FRENCH | 3/4/2022 | Stipend | PMCHK00004149 | $500.00 | Trustee |
| EFT000000015732 | RODFRE | RODERICK FRENCH | 8/29/2022 | Stipend | PMCHK00004242 | $1,500.00 | Trustee |
| EFT000000015765 | RODFRE | RODERICK FRENCH | 9/14/2022 | Stipend | PMCHK00004248 | $1,000.00 | Trustee |
| EFT000000015420 | TARKHA | TARIQ KHAN | 3/4/2022 | Stipend | PMCHK00004149 | $1,000.00 | Trustee |
| EFT000000015506 | TARKHA | TARIQ KHAN | 4/4/2022 | Tvl Reimb | PMCHK00004162 | $597.65 | Trustee |
| EFT000000015734 | TARKHA | TARIQ KHAN | 8/29/2022 | Tvl Reimb | PMCHK00004242 | $3,352.20 | Trustee |
| EFT000000015762 | TARKHA | TARIQ KHAN | 9/14/2022 | Stipend | PMCHK00004248 | $1,000.00 | Trustee |
| PREAUTHORIZED A | Checking | STATE FARM RO 08 CP | 3/18/2022 | Shurtz Car Insurance | STATE FARM RO 08 | 1,049.15 | |
| PREAUTHORIZED A | Checking | STATE FARM RO 08 CP | 10/20/2022 | Shurtz Car Insurance | STATE FARM RO 08 | 1,126.30 | |
| PREAUTHORIZED A | Checking | TOYOTA ACH LEASE 09 | 9/9/2022 | Shurtz Car Lease Pymt | TOYOTA ACH LEAS | 1,445.04 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 1/3/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 1/10/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 1,546.81 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 1/10/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 1,202.21 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 1/24/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 2/2/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 2/22/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 3/2/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 3/22/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 4/4/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 4/22/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 5/2/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 5/23/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 6/2/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 6/22/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 7/5/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 7/22/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 8/2/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 8/22/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 711.62 | |
| PREAUTHORIZED A | Checking | TOYOTA FINANCIAL LE | 9/2/2022 | Shurtz Car Lease Pymt | TOYOTA FINANCIA | 722.52 | |
| INDIVIDUAL LOAN | Checking | EagleBank Note | 1/18/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| INDIVIDUAL LOAN | Checking | EagleBank Note | 2/15/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| INDIVIDUAL LOAN | Checking | EagleBank Note | 3/15/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| INDIVIDUAL LOAN | Checking | EagleBank Note | 4/15/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| INDIVIDUAL LOAN | Checking | EagleBank Note | 5/16/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| INDIVIDUAL LOAN | Checking | EagleBank Note | 6/15/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| INDIVIDUAL LOAN | Checking | EagleBank Note | 7/15/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| INDIVIDUAL LOAN | | EagleBank Note | 8/15/2022 | Shurtz EagleBank Loan Pymt | 847,,AUTOMATIC I | 51,007.52 | |
| COLLATERAL RETURN | | EagleBank Note | 9/9/2022 | Shurtz Eagle Bank Collateral Return | | 4,349,738.35 | |
| PREAUTHORIZED A | Checking | VERIZON WIRELESS PA | 9/14/2022 | Shurtz Phone | VERIZON WIRELES | 84.53 | |
| PREAUTHORIZED A | Checking | VERIZON WIRELESS PA | 10/13/2022 | Shurtz Phone | VERIZON WIRELES | 98.07 | |
| PREAUTHORIZED A | Checking | VERIZON WIRELESS PA | 11/15/2022 | Shurtz Phone | VERIZON WIRELES | 95.56 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 1/28/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 4,561.87 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 2/28/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 41,486.12 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 3/28/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 67,302.56 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 4/27/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 46,842.67 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 5/31/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 21,999.59 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 6/28/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 4,204.05 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 7/27/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 3,582.00 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 8/29/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 4,565.00 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 9/28/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 4,627.72 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 10/28/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 3,804.84 | |
| PREAUTHORIZED A | Checking | AMEX EPAYMENT AC | 11/28/2022 | Shurtz/Stratford Credit Card Pymt | AMEX EPAYMENT | 1,982.89 | |
| PREAUTHORIZED A | Checking | CHASE CREDIT CRD EP | 1/10/2022 | Shurtz/Stratford Credit Card Pymt | CHASE CREDIT CRI | 30,000.00 | |
| PREAUTHORIZED A | Checking | CHASE CREDIT CRD EP | 2/23/2022 | Shurtz/Stratford Credit Card Pymt | CHASE CREDIT CRI | 1,003.00 | |

| | | | | | |
|---|---|---|---|---|---:|
| PREAUTHORIZED A Checking | CHASE CREDIT CRD EP | 3/25/2022 | Shurtz/Stratford Credit Card Pymt | CHASE CREDIT CRD | 1,101.00 |
| PREAUTHORIZED A Checking | CHASE CREDIT CRD EP | 4/22/2022 | Shurtz/Stratford Credit Card Pymt | CHASE CREDIT CRD | 5,000.00 |
| PREAUTHORIZED A Checking | CHASE CREDIT CRD EP | 6/9/2022 | Shurtz/Stratford Credit Card Pymt | CHASE CREDIT CRD | 6,000.00 |
| PREAUTHORIZED A Checking | CHASE CREDIT CRD EP | 8/30/2022 | Shurtz/Stratford Credit Card Pymt | CHASE CREDIT CRD | 82,503.17 |
| PREAUTHORIZED A Checking | CHASE CREDIT CRD EP | 11/28/2022 | Shurtz/Stratford Credit Card Pymt | CHASE CREDIT CRD | 133.00 |
| Payroll | Richard R. Shurtz | 1/1/2022 -10/14/2022 | Employee | | 145,384.62 |
| | Mary Ann Shurtz | 1/1/2022 -10/14/2022 | Employee | | 96,923.08 |