IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STRATFORD UNIVERSITY, INC. ) | Case No. 23-10176-BFK |
| ) | Chapter 7 |
| Debtor ) | |

## REPORT OF SALE- WOODBRIDGE LOCATION

Janet M. Meiburger, the Trustee herein, reports that she has sold personal property of the Debtor and paid sales agent commissions and expenses and the lien of the U.S. Small Business Administration (the "SBA") pursuant to the Order Granting Trustee's Motion to Approve an Agreement with the Landlord of the Debtor's Business Premises Located at 14349 Gideon Drive, Woodbridge, Virginia 22192, and Payment of the Related Sales Agent Commission and Expenses (Docket No. 54).

The sale price was $30,650.00. After payment of a commission of $3,065.00 to the sales agent, Auction Markets and $12,000.00 to the SBA with respect to its lien, the net proceeds to the bankruptcy estate were $15,585.00.00.

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

                                        Respectfully submitted,
                                        THE MEIBURGER LAW FIRM, P.C.

Dated: June 8, 2023              By: /s/ Janet M. Meiburger
                                            Janet M. Meiburger, Esq., VSB No. 31842
                                            The Meiburger Law Firm, P.C.
                                            1493 Chain Bridge Road, Suite 201
                                            McLean, Virginia 22101
                                            (703) 556-7871
                                            Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 8th day of June, 2023, a true and correct copy of the foregoing Report of Sale will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

      /s/ Janet M. Meiburger
      Janet M. Meiburger