To whom it may concern,
<u>Re: Stratford University Bankruptcy Case No.23-10176</u>

I am sending this email regarding the Stratford Bankruptcy. I was a student there since late 2004.I was pursuing AAS degree and I was almost finishing left with only 3 credits is when my parents could not afford anymore to pay for my Tuition. My plan was to find some funds and try finish what I owe and complete the rest of the credit unfortunately this is what happened with Stratford. I was an international student, and my fees were more expensive at the time and funds were transferred all the way from overseas.

My main reason to write this letter is to find out what is going to happen for the funds or fees I paid since the begin of the course? It means it is all went to vein. Are there any consideration of at least some be refunded? Because my intention was to come back and complete the course so at least I can get a certificate or even get the credit transferred to another Collage or institute instead of starting all over again.

Please advise me what are my steps am willing to bring as much proof as I can have and submit. This is very frustrating news and there is not any contact to reach Stratford which I can reach and discuss about this matter.

Looking forward to hear from you and below are my contacts.

Sincerely,
Alice Semaya
Cell- 240 388 8090
Alicesemaya@yahoo.com

FILED
MAILROOM
2023 JUL 10 PM 4: 26
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION