IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STRATFORD UNIVERSITY, INC. | ) | Case No. 23-10176-BFK |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER AUTHORIZING PAYMENT OF COMPENSATION
TO THE DEBTOR'S FORMER DIRECTOR OF INFORMATION
TECHNOLOGY FOR VARIOUS TECHNICAL SERVICES NECESSARY
TO THE ADMINISTRATION OF THE BANKRUPTCY CASE**

Upon consideration of the Notice of Trustee's Intent to Pay Compensation to the Debtor's Former Director of Information Technology for Various Technical Services Necessary to the Administration of the Bankruptcy Case (the "Notice") (Docket No. 123), filed on behalf of Janet M. Meiburger, the Chapter 7 Trustee in the above captioned case, and after notice to all parties entitled to notice, and no objections to the Notice having been filed, and the time to object having expired on November 13, 2023 (because the deadline to object that was stated in the Notice, November 10, 2023, was a federal holiday), it is hereby

ORDERED that the Trustee is authorized to pay $5,000.00 to Erich Lorenz for his assistance with the restoration of remote access to the Debtor's data center information; and it is further

ORDERED that the Trustee is authorized to pay additional compensation to Mr. Lorenz at the rate of $75.00 per hour, up to an additional $7,500.00, for the assistance he will continue to

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

provide in the administration of the bankruptcy case, without further application to the Court or further Court approval.

Date: Nov 17 2023

/s/ Brian F Kenney
U.S. Bankruptcy Judge

Entered on Docket: Nov 17 2023

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871
Counsel to the Chapter 7 Trustee

2

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Authorizing Payment of Compensation to the Debtor's Former Director of Information Technology for Various Technical Services Necessary to the Administration of the Bankruptcy Case has been endorsed by all necessary parties.

<u>/s/ Janet M. Meiburger</u>
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL**

NONE