**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| STRATFORD UNIVERSITY, INC. ) | Case No. 23-10176-BFK |
| ) | Chapter 7 |
| Debtor ) | |

**NOTICE OF TRUSTEE'S INTENT TO PAY FOR
INTERNET SERVICE FOR REMOTE ACCESS
TO THE DEBTOR'S DATA CENTER INFORMATION**

The Debtor maintained its records in electronic form that could be accessed through a data center in Ashburn, Virginia, operated by Equinix, Inc. The information available through the data center includes the Debtor's accounting records, personnel records and receivables records. This information is needed to administer the bankruptcy case.

After the bankruptcy case was filed, the Debtor's former Director of Information Technology, Erich Lorenz, communicated with Equinix in an effort to reduce the monthly charges to the Debtor. While these communications were taking place, Equinix disconnected the cables that provided internet service to the Debtor's equipment, for nonpayment of amounts due, thereby preventing remote access to the Debtor's records. This internet service was provided by Datatility, Inc. It is necessary for the Trustee to be able to access the Debtor's records in order to administer the bankruptcy case.

Mr. Lorenz worked with Equinix and Datatility to restore remote access to the data center, and in August, 2023, remote access was restored. Since that time, the Trustee has been

---

Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

receiving monthly invoices from Datatility for the internet service charges, in the amount of $441.00 per month.

The Trustee intends to pay these invoices, commencing with August, 2023, until remote access to the data center information is no longer needed. The initial payment will be $2,646.00, for the months of August, 2023 – January, 2024, and the monthly payments will be $441.00 thereafter.  The monthly amount is subject to customary increases applicable to all Datatility customers.  There are more than sufficient funds in the bankruptcy estate to pay the monthly Datatility charges.

**<u>Your rights may be affected.</u>  You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you object to the proposed payment of the Datatility invoices, you or your attorney **must**:

- **ON OR BEFORE WEDNESDAY, JANUARY 17, 2024,** file a written objection with the United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22314-5405.  If you mail your objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

- **If no objection is filed by the due date, the Trustee will submit an order to the Court authorizing the payment of the Datatility invoices as described in this Notice.**

        Respectfully submitted,

        THE MEIBURGER LAW FIRM, P.C.

Dated: December 27, 2023        By: /s/ Janet M. Meiburger
        Janet M. Meiburger, Esq., VSB No. 31842
        The Meiburger Law Firm, P.C.
        1493 Chain Bridge Road, Suite 201
        McLean, Virginia 22101

2

(703) 556-7871
Counsel to Chapter 7 Trustee

3

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 27th day of December, 2023, a true and correct copy of the foregoing Notice of Trustee's Intent to Pay for Internet Service for Remote Access to the Debtor's Data Center Information will be served by ECF e-mail pursuant to the applicable Standing Order of the Court and by first class mail, postage prepaid, without this certificate of service, on the attached creditor mailing matrix and by email to Amy Kemon, CFO, Datatility, Inc., at *akemon@datatility.com*.

        /s/ Janet M. Meiburger
        Janet M. Meiburger

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 23-10176-BFK<br>Eastern District of Virginia<br>Alexandria<br>Wed Dec 27 09:13:55 EST 2023 | McDonald Hopkins LLC<br>600 Superior Avenue, suite 2100<br>Cleveland, OH 44114-2653 | Stratford University, Inc.<br>P. O. Box 1713<br>Stafford, VA 22555-1713 |
| The Meiburger Law Firm PC<br>1493 Chain Bridge Road<br>Suite 201<br>McLean, VA 22101-5726 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | 1500AM Federal News Radio<br>3400 Idaho Ave NW<br>Washington, DC 20016-3046 |
| Abramoff Neuberger LLP<br>Attn: Nancy Haas, Esq.<br>2850 Quarry Lake Dr. Suite 300<br>Baltimore, MD 21209-3875 | Access Info Holdings, LLC<br>6818 Patterson Pass Road Suite A<br>Livermore, CA 94550-4231 | Access Information Holdings, LLC<br>500 Unicorn Park Drive<br>Suite 503<br>Woburn, MA 01801-3377 |
| Acharya Jay Yogeshkumar<br>110 Crestwood Dr.<br>West Monroe, LA 71291-6943 | Advanced Elevator Inspections<br>5101 Branchville Rd<br>College Park, MD 20740-2255 | Advantix<br>9355 John W. Elliott Dr., #25<br>Frisco, TX 75033-3392 |
| Advantix Digital, LLC<br>David H Gouger PC<br>P.O. Box 73014<br>North Chesterfield, VA 23235-8024 | Ainsworth Inc.<br>203 Lynndale Court<br>Mechanicsburg, PA 17050-2893 | Albert Uster Co<br>9211 Gaither Rd<br>Gaithersburg, MD 20877-1419 |
| Alexandria Chamber of Commerce<br>2834 Duke Street<br>Alexandria, VA 22314-4513 | Alexandria Chamber of Commerce<br>333 N Fairfax St.<br>Suite 201<br>Alexandria, VA 22314-2632 | Alicia L. Griffin<br>3343 Claridge Ct.<br>Silver Spring, MD 20902-2201 |
| American Library Assoc.<br>P.O. BOX 77-6499<br>Chicago, IL 60678-0001 | Amethyst Michelle Whitaker<br>3104 Calloway Ct<br>Woodbridge, VA 22192-1103 | Ana Rodriguez & All Others Sit<br>c/o Nicholas A. Migliaccio Esq<br>412 H Street N.E., Suite 302<br>Washington, DC 20002-4336 |
| Angel Marie Freeman<br>5083 Just St NE, Washington, DC 20019, U<br>Washington, DC 20019-5559 | Anthumie Thifault<br>1401 Peartree Lane<br>Bowie, MD 20721-3004 | Arodi Rodrigo<br>4636 Guinea Road<br>Fairfax, VA 22032-1834 |
| Aryana Robinson<br>1406 AIRPORT LN<br>ACCOKEEK, MD 20607-3100 | Assessment Technologies Inst.<br>62277 Collections Center Dr.<br>Leawood, KS 66211 | Avanced Elevator Inspections<br>P.O. BOX 86<br>Upper Falls, MD 21156-0086 |
| BFPE International Inc.<br>P.O. BOX 791045<br>Baltimore, MD 21279-1045 | Baltimore Gas & Electric Co<br>P.O. Box 1475<br>Baltimore, MD 21203-1475 | Batool Hayat<br>12338 Knightsbridge Dr<br>Woodbridge, VA 22192-5151 |

| | | |
|---|---|---|
| Berks Pest Control<br>1851 Cape May Rd<br>Essex, MD 21221-1619 | Bernadette Hiney<br>238 HOLLY DRIVE<br>King of Prussia, PA 19406-2551 | Brian M. Fleisher, Esq.<br>4 Greentree Centre<br>601 Route 73 N. Suite 305<br>Marlton, NJ 08053-3475 |
| Buckhead Meat & Seafood Mid-At<br>1920 Stanford Court<br>Hyattsville, MD 20785-3219 | CDW<br>Attn: Vida King<br>200 N. Milwaukee Ave<br>Vernon Hills, IL 60061-1577 | CST Group, CPAs, PC<br>10740 Parkridge Blvd.<br>5th Floor<br>Reston, VA 20191-4424 |
| Campus Realty Baltimore, LC<br>Attn:  Mark H. Slusher<br>11100 West Broad Street<br>Glen Allen, VA 23060-5813 | Campus Realty Investors, LC<br>Attn:  Mark H. Slusher<br>11100 West Broad Street<br>Glen Allen, VA 23060-5813 | Candy A Medina<br>16399 Boatswain Cir<br>Woodbridge, VA 22191-3076 |
| Canon Copier<br>One Canon Park<br>Melville, NY 11747-3036 | Carrie Jo Deleston<br>4621 E Torrey Pines Lane<br>Chandler, AZ 85249-7162 | Central Godbolt<br>11101 Georgia Ave APT 250<br>Wheaton, MD 20902-7606 |
| Chase Mandic<br>2507 Bridge Side Pl.<br>Virginia Beach, VA 23455-1366 | Chevalier Harrison<br>1518 South Sawyer Avenue<br>1<br>Chicago, IL 60623-2120 | Christian Mandic<br>2507 Bridge Side Pl.<br>Virginia Beach, VA 23455-1366 |
| Cigna<br>900 Cottage Grove Road<br>Bloomfield, CT 06002-2920 | Cigna Health and Life Insurance Company<br>Marylou Rice, Legal Compliance<br>Lead Analyst<br>900 Cottage Grove Road, B6LPA<br>Hartford, CT 06152-0001 | Cintas Corp.<br>P.O. BOX 631025<br>Cincinnati, OH 45263-1025 |
| Cintas First Aid & Safety<br>P.O. BOX 631025<br>Cincinnati, OH 45263-1025 | Circuit Court For Allegany<br>30 Washington Street<br>Cumberland, MD 21502-2948 | City of Alexandria/Fin. Dept.<br>301 King Street<br>Alexandria, VA 22314-3211 |
| City of Baltimore<br>P.O. BOX 17119<br>Baltimore, MD 21297-0234 | Clarke & Sampson Insurance<br>5101 Branchville Rd Suite 200<br>Alexandria, VA 22314 | Coastal Sunbelt Produce<br>9001 Whiskey Bottom Rd<br>Laurel, MD 20723-1356 |
| Comm. on English Prog. Accred.<br>David Gaffey, Whiteford,Taylor,Preston<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, VA 22042-4558 | Confre'Rie De La Chaine Des Ro<br>285 Madison Av<br>Madison, NJ 07940-1006 | Cooley LLP<br>John G. Lavoie, Esq.<br>11951 Freedom Dr., Ste. 1500<br>Reston, VA 20190-5642 |
| Council for Higher Ed Accredit<br>P.O. BOX 37085<br>Baltimore, MD 21297-3085 | Court of Common Pleas<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107-3200 | Cox Communications - NOVA<br>DEPT. 781114<br>PO BOX 78000<br>Detroit, MI 48278-0001 |

| | | |
|---|---|---|
| Cushman & Wakefield<br>575 Maryville Centre Dr Ste 500<br>Saint Louis, MO 63141-5867 | Cushman Wakefield/Scott Clark<br>64 New York Avenue, NE,<br>Suite Lower Level<br>Washington, DC 20002-3320 | D. Park Smith<br>Law Office of D. Park Smith<br>250 Cherry Springs Road, Suite 200<br>Hunt, TX 78024-3010 |
| Dale Messam<br>38729 Blueleaf Ct.<br>Waterford, VA 20197-1649 | Datatility, Inc.<br>673 Potomac Station Drive<br>Suite 123<br>Leesburg, VA 20176-1819 | David H Gouger<br>P.O. Box 73014<br>North Chesterfield, VA 23235-8024 |
| Delilah Marc<br>23 Cedarview Ct.<br>Fredericksburg, VA 22406-7286 | Dept. of Education<br>School Part Div - Phil<br>100 Penn Sq. East Ste. 511<br>Philadelphia, PA 19107-3326 | Dept. of Treasury/Dept. of Ed.<br>P.O. Box 830794<br>Birmingham, AL 35283-0794 |
| Destiny Diann Facemire<br>12808 Woodcrest Way<br>Spotsylvania, VA 22551-5926 | (p)DOMINION ENERGY VIRGINIA NORTH CAROLINA<br>PO BOX 26666<br>RICHMOND VA 23261-6666 | Dominion VA Power<br>980 Warrenton Rd<br>Fredericksburg, VA 22406-1076 |
| Ebsco Subscription Service<br>P.O. BOX 204661<br>Dallas, TX 75320-4661 | Edfinancial Services<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922-2359 | Edgar Falla<br>7205 pine dr<br>Annandale, VA 22003-5846 |
| Edna Marie Cummings<br>5637 Crany Creek Drive<br>Gloucester, VA 23061-4124 | Emad E. Saadeh<br>P.O. Box 7360<br>Woodbridge, VA 22195-7360 | Emad E. Saadeh, P.E./Landlord<br>14130 Noblewood Plaza<br>Suite 307<br>Woodbridge, VA 22193-1467 |
| Emad E. Saadeh, P.E./Landlord<br>SAADEH PARTNERS, LLC<br>14130 Noblewood Plaza, Suite 3<br>Woodbridge, VA 22193-1464 | Embroidery By Marilyn<br>1172 Leeds Rd<br>Elkton, MD 21921-3659 | Equinix Inc. - #774252<br>4252 Solutions Center<br>Chicago, IL 60677-4002 |
| (p)EQUINIX LLC<br>ATTN LIZ VAZQUEZ<br>1133 AVENUE OF THE AMERICAS 16TH FLOOR<br>NEW YORK NY 10036-6710 | Erica Martell<br>901 Clopper Road, Apartment #B2<br>Gaithersburg, MD 20878-1244 | Erick Rich<br>912 North Lakewood Avenue<br>Baltimore, MD 21205-1332 |
| (p)F A  DAVIS COMPANY<br>ATTN ACCOUNTS RECEIVABLE DEPARTMENT<br>1915 ARCH STREET<br>PHILADELPHIA PA 19103-1493 | FEG Central Apartments LLC<br>509 S. Exeter Street, Unit 505<br>Baltimore, MD 21202-4357 | FEG Central Apartments, LLC<br>Shaffin Jetha/Focus Dev.<br>24 W. Franklin Street<br>Baltimore, MD 21201-5006 |
| FEG Central Apartments, LLC<br>c/o Shaffin Jatha<br>24 W. Franklin St.<br>Baltimore, MD 21201-5006 | FPC Holdings Inc.<br>6630 Amberton Drive<br>Elkridge, MD 21075-6246 | Faustina Amponsah<br>17 Beaumont Ln.<br>Stafford, VA 22554-8538 |

```
(p)FELLS POINT LLC DBA FELLS POINT WHOLESALE      Fnu Ritika                                  Grainger
ATTN FELLS POINT WHOLESALE MEATS                  2405 Fort Drive                             100 Grainger Parkway Lake
2730 WILMARCO AVE                                 Alexandria, VA 22303-2003                   Forest, IL 60045-5202
BALTIMORE MD 21223-3306


Guardian Fire Protection Svcs.                    Guernsey Office Products                    Gurukul Overseas
7668 Standish Pl.                                 P.O. BOX 10846                              726 Elmwood Ct.
Derwood, MD 20855-7713                            Chantilly, VA 20153-0846                    Rochester, MI 48307-5916


Hadia Assefa                                      Hadpro Hood and Ducts Prof.                 Haja Aminata Thollie
4503 Pinecrest heights drive                      4723A Eisenhower Ave                        6554 lee valley dr 203
Annandale, VA 22003-3534                          Alexandria, VA 22304-4805                   springfield, VA 22150-4223


Harvard Business Publishing                       Holland & Knight                            Hurst
20 Guest St. Suite 700                            Louis J. Roleau                             127 S. Railroad Ave.
Brighton, MA 02135-2063                           800 17th St. N.W. Suite 1100                Brookhaven, MS 39601-3330
                                                  Washington, DC 20006-3962


Internal Revenue Service                          Isabella P. Zazzero                         Isatu Sesay
P. O. Box 7346                                    13504 Compton Rd.                           3563 Ellery circle
Philadelphia, PA 19101-7346                       Clifton, VA 20124-1203                      Falls church, VA 22041-3053


J.J. McDonnell & Co. Inc.                         JOY AMARACHI UDE                            Jackson Lewis LLP
7010 Brookdale Dr                                 12617 HONEY LOCUST WAY                      P.O. BOX 416019
Elkridge, MD 21075-6413                           BELTSVILLE, MD 20705-1591                   Boston, MA 02241-6019


Jackson Lewis PC                                  James D. Thornton                           Jani King of Washington DC
1133 Westchester Ave                              Thornton & Associates, PLC                  11351 Random Hills Rd Ste 150
Suite S125                                        4449 Cox Road                               Fairfax, VA 22030-6081
West Harrison NY 10604-3580                       Glen Allen, VA 23060-3326


Jani-King of Washington, D.C., Inc.               Japava Owusu                                Jasmyn McEachin
16885 Dallas Parkway                              3247 Ridge View Ct                          13284 Osage Drive
Addison, TX 75001-5215                            #201                                        Woodbridge, VA 22193-3978
                                                  Woodbridge Va, VA 22192-1792


Jasmyn Mceachin                                   Jay Yogeshkumar Acharya                     Joann Taylor
15175 Beacon Ridge Dr. Apt 215                    11369 Cedar Run Rd                          4344 Warner Road
Woodbridge, VA 22191-4950                         S Prince Geo, VA 23805-4105                 Cleveland, OH 44105-5956


Jostens Inc.                                      Jovan Carter                                Joyce Stover
21336 Network Pl.                                 10749 Campus Way S                          1639 Gales Street NE
Chicago, IL 60673-1213                            Upper Marlboro, MD 20774-1313               Washington, DC 20002-8535
```

| | | |
|---|---|---|
| Keany Produce Company<br>3310 75th Avenue<br>Hyattsville, MD 20785-1501 | Kia Bouldin<br>1206 Bloomingdale Rd<br>Baltimore, MD 21216-3933 | LEAF - Capital Funding, LLC<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103-7009 |
| Land Services USA, Inc.<br>Shawn A. Goldfaden, Esq.<br>215 Washington Ave Suite 707<br>Towson, MD 21204-4749 | Leadsquared Inc.<br>555 US HIGHWAY ONE SOUTH<br>SUITE 170<br>Iselin, NJ 08830-3179 | Leonard Paper Co.<br>725 N Haven St<br>Baltimore, MD 21205-2903 |
| Level 3 Communications, LLC dba Centurylink<br>Centurylink Communications, LLC.<br>1025 El Dorado Blvd. (Attn:Legal-BKY)<br>Broomfield, CO 80021-8255 | Level 3 Financing Inc.<br>Level 3 Communications, LLC<br>P.O. BOX 910182<br>Denver, CO 80291-0182 | Lexus Financial Svcs.<br>PO Box 9490<br>Cedar Rapids, IA 52409-9490 |
| Library & Info Resources Netwo<br>P.O. Box 4755<br>Clearwater, FL 33758-4755 | Life Insurance Co of North Am<br>P.O. BOX 13701<br>Philadelphia, PA 19101-3701 | Linda Thi Lam<br>13141 Copper Brook Way<br>Herndon, VA 20171-3064 |
| Lisa Herbertson<br>3527 Cedar Ridge Road<br>Allison Park, PA 15101-1006 | Loyal Termite and Pest Control<br>2610 E Parham Rd<br>Henrico, VA 23228-2932 | MAXKNOWLEDGE, INC.<br>3943 Irvine Blvd. # 262<br>Irvine, CA 92602-2400 |
| MBS Direct<br>2711 West Ash Street<br>Columbia, MO 65203-4613 | Madonna O'Dwyer<br>5604 Bloomfield Dr Apt 2<br>Alexandria, VA 22312-2524 | Magnolia Plumbing Inc.<br>600 Gallatin St., NE<br>Washington, DC 20017-2359 |
| Marie-Josee Lizette Angol<br>16640 Harwood Oaks ct<br>apt#202<br>Dumfries, VA 22026-6833 | Mark H. Slusher/Campus Realty<br>c/o Thalhimer Realty Partners<br>11100 West Broad Street<br>Glen Allen, VA 23060-5813 | Messasm Dale<br>16 Dunster St.<br>Martinsburg, WV 25405-4309 |
| Metroplitan Meat, Seafood<br>1920 Stanford Court<br>Hyattsville, MD 20785-3219 | Michaella Sesay<br>3508 Timber Ridge Dr,<br>Fredericksburg, VA 22408-9404 | Michelle Le<br>13824 Wakley Court<br>Centreville, VA 20121-3072 |
| Midad Sowe<br>14900 Ashford Place<br>Laurel, MD 20707-3774 | Monik Bram<br>5701 Delegate Rd.<br>Fort Belvoir, VA 22060-1630 | Monique Henry/Nelnet<br>4603 29th St<br>apt 4<br>Mount Rainer MD, 20712<br> 20712-1307 |
| Monoprice, Inc.<br>P.O. BOX 740417<br>Los Angeles, CA 90074-0417 | Moodles US LLC<br>8101 College Blvd, Ste. 100<br>Overland Park, KS 66210-2671 | Morton G. Thalhimer, Inc.<br>11100 W Broad St<br>Glen Allen, VA 23060-5813 |

```
NASFAA                                  NORTHEASTKUTZ Lawn Svcs, LLC         NOVEC
1801 Pennsylvania Avenue, NW            3904 Glenmore Ave                    10323 Lomond Dr
Suite 850                               Baltimore, MD 21206-1719             Manassas, VA 20109-3113
Washington, DC 20006-0003


NQGRG, P.C.                             NY Life Insurance Co                 Naghmeh Moazzami
Steven J. Willner                       Attention: Lisa Durrenberger         3887 Fairfax Ridge Road #238
One South Street 27th Fl.               51 Madison Ave, 10th Floor           Fairfax, VA 22030-7543
Baltimore, MD 21202-3282                New York, NY 10010-1655


Nagios Enterprises, LLC                 Natasha Bland                        New Directions Behavioral Hlth
1295 Bandana Blvd N, Suite 165          200 South Washington St              PO Box 6729
Saint Paul, MN 55108-5116               Alexandrai, VA 22314-5405            Leawood, KS 66206-0729


New York Life Group Ins. Co NY          New York Life Ins., Co               (p)BOTTOMLINE TECHNOLOGIES
51 Madison Avenue, 2nd Floor            Attn: Lisa Durrenberger              100 INTERNATIONAL DRIVE
New York, NY 10010-1610                 51 Madison Ave, 10th Floor           SUITE 200
                                        New York NY 10010-1655               PORTSMOUTH NH 03801-6881


Nexus Systems, Inc.                     Offix                                Offix, LC
6400 Arlington Blvd #1000               13525 Wellington Center Cir #1       13525 Wellington Ctr Circ. Ste. 107
Falls Church, VA 22042-2346             Gainesville, VA 20155-4062           Gainesville, VA 20155-4062


Oxford University Press                 PJK Food Service LLC d/b/a Keany Produce & G    PMG Inc. T/A Plumbing Mechanic
198 Madison Avenue                      c/o Kate Ellis, Esq., McCarron & Diess          8823 Telegraph Rd
New York, NY 10016-4341                 4530 Wisconsin Ave NW Suite 301                 Lorton, VA 22079-1530
                                        Washington, DC 20016-4667


Paetec Communications, Inc.             Paramount Mechanical Corp.           Paul Garces
4001 N Rodney Parham Road               7053 Gateway Ct                      8329 Shelburne Ct
Little Rock, AR 72212-2459              Manassas, VA 20109-7305              White Plains, MD 20695-3426


(p)PAYNE PUBLISHERS INC                 Peroutka & Peroutka, P.A.            Pitney Bowes Global Fin, Svcs.
8707 QUARRY RD                          8028 Ritchie Hwy #300                27 Waterview Drive
MANASSAS VA 20110-5389                  Pasadena, MD 21122-0803              Shelton, CT 06484-4301


Pitney Bowes Global Financial Services LLC    Pitney Bowes Inc               Pocket Nurse Enterprises, Inc.
27 WATERVIEW DRIVE                            27 Waterview Dr, 3rd Fl        610 Frankfort Rd
SHELTON, CT 06484-4301                        Shelton CT 06484-4361          Monaca, PA 15061-2218


Quiana Cato                             Ramnik Dhaliwal                      Redshelf, Inc. DBA Virdocs
4725 1st sw                             5696 Caribbean Court                 500 North Dearborn Street
Apt 303                                 Haymarket, VA 20169-2556             Suite 1200
Washington  dc 20032-2708                                                    Chicago, IL 60654-3347
```

| | | |
|---|---|---|
| Regina Kraft<br>9003 Robson Drive<br>Manassas, VA 20110-2558 | Regina Kraft<br>PO Box 4431<br>Manassas, VA 20108-4431 | Richard & Mary Ann Shurtz<br>3319 Cranbrook Court<br>Oakton, VA 22124-1905 |
| Riverstone Infotech, LLC<br>5890 Stoneridge Drive<br>Suite 209<br>Pleasanton, CA 94588-5824 | Robert's Key Service Inc.<br>217 W Read St<br>Baltimore, MD 21201-4808 | Ruth Akinshade<br>12804 Water Fowl Way<br>Upper Marlboro, MD 20774-7028 |
| Saval Food Service<br>6740 Dorsey Rd<br>Elkridge, MD 21075-6205 | (p)SAVANNAH EMRICK<br>8666 INYO PLACE<br>MANASSAS PARK VA 20111-2319 | Scott Clark/Property Mgr.<br>64 New York Avenue, NE,<br>Suite Lower Level<br>Washington, DC 20002-3320 |
| Security Services, LLC Neustar<br>45980 Center Oak Plaza<br>Sterling, VA 20166-8571 | Sesay, Salamatu B.<br>9777 Good Luck Rd #10<br>Lanham, MD 20706-3337 | Shanelle Gaither<br>3379 Nadia Loop<br>Woodbridge, VA 22193-5940 |
| Shannon Conway, Esq.<br>831 Fourth Ave., Ste. 201<br>Dallas, TX 75226-2025 | Shelby Padgett<br>4216 Hunt Club Circle Apt 823<br>Fairfax, VA 22033-4039 | Shred-It USA<br>11311 Cornell Park Drive<br>Suite 125<br>Cincinnati, OH 45242-1891 |
| Simple Systems Group, LLC<br>12157 West Linebaugh Ave Suite 275<br>Tampa, FL 33626-1732 | Sky Insurance Technologies<br>18 Interchange Blvd Ste A<br>Greenville, SC 29607-6508 | Sky Insurance Technologies LLC<br>1325 Miller Rd<br>Suite C<br>Greenville, SC 29607-6542 |
| Skytap Inc.<br>710 2nd Ave Ste 1130<br>Seattle, WA 98104-1808 | Small Business Administration<br>2 North 20th St. Suite 320<br>Birmingham, AL 35203-4002 | Sophia Bean<br>32186 ANGUST CT<br>LOCUST GROVE, VA 22508-2952 |
| St. Moritz Security Services, Inc.<br>4600 Clairton Blvd<br>Pittsburgh, PA 15236-2114 | St. Moritz Security Svcs. Inc.<br>4600 Clariton Blvd.<br>Pittsburgh, PA 15236-2114 | St. Moritz Security Svcs. Inc.<br>7777 Leesburg Pike<br>Suite 404, N<br>Falls Church, VA 22043-2403 |
| Stamper Electric Inc.<br>1379 Jarrettsville Rd<br>Forest Hill, MD 21050-1103 | Stanley Convergent Sec Sol Inc<br>8211 Terminal Rd Suite 1300<br>Lorton, VA 22079-1436 | Statwax, LLC<br>11313 USA Pkwy<br>Fishers, IN 46037-9208 |
| Stericycle Inc<br>2333 Waukegan Rd Ste 300<br>Bannockburn, IL 60015-1575 | (p)STERICYCLE  INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-5501 | Stratford University Foundation Inc<br>2000 Eisenhower Avenue, Fl 2<br>Alexandria, VA 22314<br>Alexandria, VA 22314-4650 |

| | | |
|---|---|---|
| Stratford University Foundation, Inc.<br>2900 Eisehower Avenue, Fl 2<br>Alexandria, VA 22314-5223 | Stratford University, Inc.<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | TK Elevator Corp.<br>c/o Law Office of D. Park Smith<br>250 Cherry Springs Road, Suite 200<br>HUNT, TX 78024-3010 |
| Talcott J. Franklin<br>TFPC, a Maine Prof Corp<br>181 Western Promenade<br>Portland, ME 04102-3514 | Taylor Joann Lynn<br>4374 Jennings Rd. Apt 120<br>Cleveland, OH 44109-3667 | The College Board-NPC<br>P.O. BOX 30171<br>New York, NY 10087-0171 |
| The Compost Crew, LLC<br>119 5TH STREET SE<br>Silver Spring, MD 20901 | The Image Factory<br>411 Taunton Dr<br>Santa Maria, CA 93455-1206 | Thornton & Associates PLC<br>James D. Thornton, Esq.<br>4449 Cox Rd.<br>Glen Allen, VA 23060-3326 |
| Thyssenkrupp Elevator<br>DBA TK Elevator<br>788 Circle 75 Pkwy SE, Ste 500<br>Atlanta, GA 30339-4454 | Tiaunna Jackson<br>3202 Napper Rd<br>Alexandria, VA 22306-3001 | TransUnion<br>P.O. Box 2000<br>Chester, PA 19016-2000 |
| Triad Mechanical Svcs. Inc.<br>12232 Long Green Pike<br>Glen Arm, MD 21057-9704 | Tutor.Com, Inc<br>555 WEST 18TH ST<br>New York, NY 10011-2822 | U.S. Department of Education<br>400 Maryland Ave, SW<br>Washington, DC 20202-0008 |
| U.S. District Court<br>Alexandria Division<br>401 Courthouse Square<br>Alexandria, VA 22314-5701 | U.S. REIF (Landlord)<br>600 Washington Ave, Suite 1100<br>Saint Louis, MO 63101-1351 | U.S. REIF 2900 Eisenhower Avenue Virginia, L<br>c/o Intercontinental Real Estate Corpora<br>1270 Soldiers Field Road<br>Boston, MA 02135-1003 |
| U.S. Small Business Administration<br>200 West Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | Ulda Bellamour<br>David R. Ruby, Esq.<br>100 SHockoe Slip, Third Floor<br>Richmond, VA 23219-4164 | Ulda Bellamour<br>c/o Carter Ledyard & Milburn LLP<br>28 Liberty Street, 41st Floor<br>New York, NY 10005-1449 |
| Uwala Mary Okoturoh<br>8500 UpperSky Way Apt. 301<br>Laurel, MD 20723-5641 | VAR Technology Finance<br>2330 I-30<br>Mesquite, TX 75150-2720 | Valerie Horne<br>11265 saint luke drive<br>1123<br>white plains, MD 20695-4174 |
| Verizon<br>PO BOX 660720<br>DALLAS, TX 75266-0720 | Victoria Ndidi Harry<br>45806 Shumard Oak lane<br>Sterling, SC 20164-4640 | Vilis Systems 8423 Morgan Ln<br>Eden Prairie, MN 55347-1622 |
| Virginia American Water<br>2223 Duke St<br>Alexandria, VA 22314-4683 | Virginia Board of Nursing<br>9960 Mayland Dr #300<br>Richmond, VA 23233-1485 | Virginia Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |

| | | |
|---|---|---|
| Walsh Colucci, PC<br>4310 Prince William Pkwy<br>Woodbridge, VA 22192-5199 | Washington Gas<br>6801 Industrial Road<br>Springfield, VA 22151-4205 | Waste Management - Bankruptcy Department<br>2550 W Union Hills Dr.<br>Phoenix, AZ 85027-5163 |
| Waste Management of Virginia<br>800 Capitol Street, Suite 3000<br>Houston, TX 77002-2945 | Watermark Insights LLC<br>10900 Stonelake Blvd Suite 660<br>Austin, TX 78759-5795 | Watermark Insights, LLC<br>Taskstream Holdings, LLC<br>71 W 23rd St f15<br>New York, NY 10010-4102 |
| Wells Fargo Vendor Fin Svc LLC<br>POB 35701<br>Billings, MT 59107-5701 | Wells Fargo Vendor Financial Services, LLC<br>Attn.: Kimberly Park<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Wendy Quintanilla Ayala<br>21870 Railway Terrace<br>Unit 301<br>Sterling, VA 20166-6848 |
| Wolters Kluwer Health<br>250 W Pratt St<br>Baltimore, MD 21201-2488 | fatima j brown<br>238 HOLLY DR<br>KING OF PRUSSIA, PA 19406-2551 | Alexander McDonald Laughlin<br>Odin Feldman & Pittleman, P.C.<br>1775 Wiehle Avenue<br>Suite 400<br>Reston, VA 20190-5159 |
| Alice Semaya<br>8816 Lanier Dr. #201<br>Silver Spring, MD 20910-2314 | Barry I. Strickland<br>Barry Strickland & Company, CPA's<br>P. O. .Box 9228<br>9410 Atlee Commerce Blvd.<br>Richmond, VA 23227-0228 | Donald F. King<br>Odin, Feldman & Pittleman<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA 20190-5159 |
| Gerard R. Vetter<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Janet M. Meiburger<br>The Meiburger Law Firm, P.C.<br>341 Dial: 866-652-2725 Code: 5661649<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101-5726 | Richard Shurtz<br>3319 Cranbrook Court<br>Oakton, VA 22124-1905 |
| (p)REALMARKETS<br>20333 MEDALIST DRIVE<br>ASHBURN VA 20147-4184 | Valerie Horne<br>11265 Saint Luke Dr<br>White Plains, MD 20695-4174 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dominion Energy Virginia<br>600 E Canal St<br>16th Floor, Bankruptcy<br>Richmond Va 23219<br>' | Equinix, Inc<br>One Lagoon Drive<br>Redwood City, CA 94065 | F.A. Davis Company<br>1915 Arch Street<br>Philadelphia, PA 19103 |
| Fells Point Wholesale Meats<br>2730 Wilmarco Ave<br>Baltimore, MD 21223 | Nexus Systems<br>100 International Drive<br>Suite 200<br>Portsmouth, NH 03801-6881 | Payne Publishers<br>8707 Quarry Rd.<br>Manassas, VA 20110 |

| | | |
|---|---|---|
| Savannah Emrick<br>8666 Inyo Place<br>Manassas Park, VA 20111 | Stericycle Inc.<br>2355 Waukegan Road<br>Deerfield, IL 60015 | Stephen Karbelk<br>Auction Markets, LLC DBA RealMarkets<br>20333 Medalist Drive<br>Ashburn, VA 20147 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. REIF 2900 Eisenhower Avenue Virginia, | (u)United States of America | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (d)Leaf Capital Funding, LLC<br>2005 Market St. 14th Floor<br>Philadelphia, PA 19103-7009 | (u)Quench USA Inc.<br>630 Allendale Road, Suite 200 King of Pr | (u)Ana Rodriguez |
| (u)Martha L. Hutzelman, Esq. | (u)Ulda Bellamour | End of Label Matrix<br>Mailable recipients   259<br>Bypassed recipients     8<br>Total                  267 |