**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STRATFORD UNIVERSITY, INC. ) | Case No. 23-10176-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |

**ORDER AUTHORIZING PAYMENT FOR INTERNET
SERVICE FOR REMOTE ACCESS TO THE
<u>DEBTOR'S DATA CENTER INFORMATION</u>**

Upon consideration of the Notice of Trustee's Intent to Pay for Internet Service for Remote Access to the Debtor's Data Center Information (the "Notice") (Docket No. 128), filed on behalf of Janet M. Meiburger, the Chapter 7 Trustee in the above captioned case, and after notice to all parties entitled to notice, and no objections to the Notice having been filed, and the time to object having expired on January 17, 2024, it is hereby

ORDERED that the Trustee is authorized to pay $2,646.00 to Datatility, Inc. for post-petition internet service for remote access to the Debtor's data center information for the months of August, 2023 – January, 2024; and it is further

ORDERED that the Trustee is authorized to pay $441.00 per month to Datatility, Inc. for internet service charges for February, 2024 and thereafter.

Date: Jan 25 2024

/s/ Brian F Kenney
U.S. Bankruptcy Judge

Entered on Docket: Jan 26 2024

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871
Counsel to the Chapter 7 Trustee

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Authorizing Payment for Internet Service for Remote Access to the Debtor's Data Center Information has been endorsed by all necessary parties.

<u>/s/ Janet M. Meiburger</u>
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL**

NONE