**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STRATFORD UNIVERSITY, INC. ) | Case No. 23-10176-BFK |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |

**THIRD INTERIM APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR COUNSEL TO THE TRUSTEE**
**(MAY 1, 2024 – NOVEMBER 30, 2024)**

Janet M. Meiburger, Chapter 7 Trustee, by her undersigned counsel, hereby files this Third Interim Application for Compensation and Reimbursement of Expenses for Counsel to the Trustee and states as follows:

1. On February 2, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Trustee was appointed on February 3, 2023 (Docket No. 3).

2. The Court entered an order on February 21, 2023 (Docket No. 19), pursuant to which the Trustee was authorized to employ The Meiburger Law Firm, P.C. (the "Applicant") as counsel to the Trustee and the bankruptcy estate.

3. On October 13, 2023, the Court entered an Order (Docket No. 122) that approved The Meiburger Law Firms, P.C.'s First Interim Application for Compensation and Reimbursement of Expenses for Counsel to the Trustee (March 1, 2023 – July 31, 2023), in the amount of $21,910.65. On June 13, 2024, the Court entered an Order (Docket No. 150) that

---

Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

approved The Meiburger Law Firms, P.C.'s Second Interim Application for Compensation and Reimbursement of Expenses for Counsel to the Trustee (August 1, 2023 – April 30, 2024), in the amount of $13,440.55. These fees and expenses have been paid.

4. The Applicant makes this application for allowance of compensation for professional services described below and for reimbursement of actual and necessary expenses incurred in rendering such services from May 1, 2024, to November 30, 2024, in the total amount of $8,751.77, consisting of $7,725.00 for compensation and $1,026.77 for expenses.

5. The total value of the services performed by the Applicant for the benefit of the Trustee and the estate during the period covered by this Application is as follows:

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 13.60 | $500.00 | $6,800.00 |
| Diana P. Dias (DPD) | Paralegal | 3.70 | $250.00 | $925.00 |
| **TOTAL FEES:** | | **17.30** | | **$7,725.00** |

6. The Applicant has provided services to the Trustee and the bankruptcy estate involving the following categories:

**Category A:  General Legal Services**.

7. The total value of the services performed by the Applicant for this matter during the period covered by this Application is as follows:

2

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 6.20 | $500.00 | $3,100.00 |
| Diana P. Dias (DPD) | Paralegal | 1.80 | $250.00 | $450.00 |
| **TOTAL FEES:** | | **8.00** | | **$3,550.00** |

8. The time entries that fall within this category are shown on the attached Exhibit "A."

**Category B: <u>Employment /Fee Application</u>**

9. The total value of the services performed by the Applicant for this matter during the period covered by this Application is as follows:

| Name | Position | Total Hours | Applicable Hourly Rate | Total Value of Services |
|---|---|---|---|---|
| Janet M. Meiburger (JMM) | Principal | 7.40 | $500.00 | $3,700.00 |
| Diana P. Dias (DPD) | Paralegal | 1.90 | $250.00 | $475.00 |
| **TOTAL FEES:** | | **9.30** | | **$4,175.00** |

10. The time entries that fall within this category are shown on the attached Exhibit "B."

11. All services for which compensation is requested and all expenses for which reimbursement is requested were performed for and on behalf of the Trustee and for the benefit of the bankruptcy estate and not for any committee, creditor, or other person.

12. In connection with the above-described professional services, the Applicant has from May 1, 2024, to November 30, 2024, incurred actual out-of-pocket expenses totaling

$1,026.77. These expenses constitute either the actual cost paid to the vendor, or no more than the customary charge billed to other clients of the firm. These expenses are itemized as follows:

| Type of Expense | Total Expense |
|---|---|
| BK Attorney Services | $750.10 |
| Copies | $75.80 |
| LawPay Processing Fees | $178.12 |
| Postage | $22.75 |
| **TOTAL** | **$1,026.77** |

13.    The Applicant certifies that fees are not being sought for work that is the responsibility of the Trustee. The Applicant further states that it has not shared or agreed to share any such compensation or reimbursement of expenses requested pursuant to Section 503(b)(2) or Section 503(b)(4) of the Bankruptcy Code in a manner contrary to the provisions of Section 504 or the Bankruptcy Code.

WHEREFORE, Janet M. Meiburger, Chapter 7 Trustee, respectfully requests that the Court enter an order approving the payment of $7,725.00 as compensation for services rendered by The Meiburger Law Firm, P.C. from May 1, 2024, to November 30, 2024, and reimbursement for the expenses incurred in rendering such services in the amount of $1,026.77, for a total amount requested of $8,751.77.

Respectfully submitted

THE MEIBURGER LAW FIRM, P.C.

Dated: December 19, 2024                By:  /s/ Janet M. Meiburger
                                                                            Janet M. Meiburger, Esq. (VSB No. 31842)
                                                                            The Meiburger Law Firm, P.C.
                                                                            1487 Chain Bridge Road, Suite 200

McLean, Virginia 22101
(703) 556-7871
Counsel to the Chapter 7 Trustee

5

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the 19th day of December, 2024, a true and correct copy of the foregoing Third Interim Application for Compensation and Reimbursement of Expenses for Counsel to the Trustee (May 1, 2024 – November 30, 2024) will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.


/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\Stratford University, Inc. (23-10176)\Pleadings\Fee Applications\TMLF.Third Fee Application.1.doc

# EXHIBIT A

### *The Meiburger Law Firm, P.C.*
1493 Chain Bridge Road
Suite 201
McLean, VA 22101

Ph:(703) 556-9404    Fax:(703) 556-8609

Stratford University, Inc. Bankruptcy Estate                                       December 18, 2024
c/c The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean , Virginia
22101

Inv #:    4304

**RE:**    General Legal

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-14-24 | Prepare comments to revised class action settlement agreement. | 0.30 | 150.00 | JMM |
| Jun-04-24 | Telephone conversation with Chris Dean re: class action settlement documents; draft settlement approval motion and lift stay motion. | 0.80 | 400.00 | JMM |
| Jun-17-24 | Review revised class action settlement pleadings and agreement. | 0.30 | 150.00 | JMM |
| Jun-19-24 | Review final changes in class action settlement documents. | 0.20 | 100.00 | JMM |
| Jul-10-24 | Draft motion to approve class action settlement. | 0.30 | 150.00 | JMM |
| Jul-12-24 | Revise and edit settlement motion. | 0.20 | 100.00 | JMM |
|  | Draft class action settlement motion. | 0.30 | 75.00 | DPD |
| Jul-15-24 | Revise and edit class action settlement motion. | 1.10 | 550.00 | JMM |
| Jul-18-24 | Draft class action settlement notice. | 0.20 | 50.00 | DPD |
| Jul-23-24 | Revise and edit class action settlement motion and notice of hearing. | 0.70 | 350.00 | JMM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-25-24 | Revise and edit notice of intent to pay Equinix. | 0.30 | 150.00 | JMM |
| Jul-26-24 | Finalize class action settlement motion. | 0.30 | 150.00 | JMM |
|  | Draft notice of intent to pay Equinix. | 0.40 | 100.00 | DPD |
| Aug-16-24 | Draft Rule 2004 motion to Department of Veteran Affairs. | 0.50 | 125.00 | DPD |
| Aug-21-24 | Revise and edit class action settlement approval order. | 0.20 | 100.00 | JMM |
|  | Draft class action settlement order. | 0.40 | 100.00 | DPD |
| Aug-22-24 | Revise and edit class action settlement approval order. | 0.10 | 50.00 | JMM |
| Aug-27-24 | Attend hearing on class action settlement. | 0.50 | 250.00 | JMM |
| Aug-29-24 | Revise and edit Equinix payment notice. | 0.10 | 50.00 | JMM |
| Sep-09-24 | Revise and edit Rule 2004 motion to the Veterans Administration. | 0.40 | 200.00 | JMM |
| Sep-25-24 | Prepare order authorizing payment to Equinix. | 0.20 | 100.00 | JMM |
| Oct-23-24 | Prepare withdrawal of Rule 2004 motion to Department of Veterans Affairs. | 0.20 | 100.00 | JMM |
|  | Totals | 8.00 | $3,550.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$3,550.00** |
| Previous Balance | 16,650.00 |
| **Balance Now Due** | **$20,200.00** |

**FEE SUMMARY**

| Lawyer/Paralegal | Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Janet M. Meiburger** | **6.20** | **$500.00** | **$3,100.00** |
| **Diana P. Dias** | **1.80** | **$250.00** | **$450.00** |

# EXHIBIT B

## The Meiburger Law Firm, P.C.
1493 Chain Bridge Road
Suite 201
McLean, VA 22101

Ph:(703) 556-9404          Fax:(703) 556-8609

Stratford University, Inc. Bankruptcy Estate                          December 18, 2024
c/c The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean , Virginia
22101

Inv #:          4305

**RE:**     Employment/Fee Applications

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-10-24 | Draft second TMLF fee application. | 0.50 | 125.00 | DPD |
| May-13-24 | Review revised class action settlement agreement. | 0.80 | 400.00 | JMM |
|  | Draft second TMLF fee application notice. | 0.30 | 75.00 | DPD |
| Jun-10-24 | Draft second TMLF fee application order. | 0.20 | 50.00 | DPD |
| Jun-11-24 | Attend hearing on TMLF fee apllication. | 1.20 | 600.00 | JMM |
| Jul-12-24 | Revise and edit McDonald Hopkins Fee Application. | 0.50 | 250.00 | JMM |
|  | Draft McDonald Hopkins third fee application. | 0.30 | 75.00 | DPD |
| Jul-15-24 | Revise and edit McDonald Hopkins third fee application. | 0.50 | 250.00 | JMM |
| Jul-16-24 | Draft McDonald Hopkins third fee application notice. | 0.30 | 75.00 | DPD |
| Jul-23-24 | Revise and edit McDonald Hopkins Fee Application and notice of hearing. | 0.70 | 350.00 | JMM |
| Jul-26-24 | Finalize McDonald Hopkins fee application. | 0.30 | 150.00 | JMM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-19-24 | Draft McDonald Hopkins third fee application order. | 0.30 | 75.00 | DPD |
| Aug-21-24 | Revise and edit McDonald Hopkins fee order. | 0.20 | 100.00 | JMM |
| Aug-22-24 | Revise and edit McDonald Hopkins fee order. | 0.10 | 50.00 | JMM |
| Aug-27-24 | Attend hearing on McDonald Hopkins fee application. | 0.50 | 250.00 | JMM |
| Sep-09-24 | Revise and edit Blankingship and Keith employment application. | 1.10 | 550.00 | JMM |
| Sep-11-24 | Revise and edit Blankingship and Keith employment application. | 0.40 | 200.00 | JMM |
| Sep-19-24 | Review NOVEC creditor information as related to Blankingship & Keith employment application. | 0.30 | 150.00 | JMM |
| Oct-23-24 | Revise and edit Scully declaration. | 0.40 | 200.00 | JMM |
| Oct-24-24 | Finalize Blankingship and Keith employment application and send to Jack Frankel. | 0.40 | 200.00 | JMM |
| | Totals | 9.30 | $4,175.00 | |

**Total Fee & Disbursements** $4,175.00
Previous Balance 13,350.00

**Balance Now Due** $17,525.00

**FEE SUMMARY**

| Lawyer/Paralegal | Hours | Hourly Rate | Amount |
|---|---|---|---|
| **Janet M. Meiburger** | **7.40** | **$500.00** | **$3,700.00** |
| **Diana P. Dias** | **1.90** | **$250.00** | **$475.00** |