## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STRATFORD UNIVERSITY, INC. | ) | Case No. 23-10176-BFK |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO ALLOW
### McDONALD HOPKINS LLC AND BLANKINGSHIP
### & KEITH PC TO SUBMIT INVOICES
### DIRECTLY TO CFC UNDERWRITING LIMITED

Upon consideration of the Trustee's Motion to Allow McDonald Hopkins LLC and

Blankingship & Keith PC to Submit Invoices Directly to CFC Underwriting Limited (the

"Motion") (Docket No. 179), filed by Janet M. Meiburger, Chapter 7 Trustee (the "Trustee"),

and after notice to all parties entitled to notice, and the deadline to object having expired on April

16, 2025, and no objections having been filed thereto, and for good cause shown, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that McDonald Hopkins LLC and Blankingship & Keith PC may submit

their invoices directly to CFC Underwriting Limited ("CFC"), without prior approval by this

Court, for their services and expenses as special counsel to the Debtor in connection with the

unauthorized access to the Debtor's computer system on April 6, 2022 and August 26, 2022 by

an unknown party, and in connection with the litigation that arose from such unauthorized

access, Case No. 1:22-cv-01048-MSN-WEF in the United States District Court for the Eastern

District of Virginia, and may receive payment from CFC of their invoices; and it is further

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

ORDERED that neither McDonald Hopkins LLC nor Blankingship & Keith PC shall

seek payment from the bankruptcy estate for any fees and expenses not paid by CFC.


Date: Apr 22 2025                                    /s/ Brian F Kenney
                                                    U.S. Bankruptcy Judge


                                        Entered on Docket: Apr 22 2025



I ASK FOR THIS:


/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Granting Trustee's Motion to Allow

McDonald Hopkins LLC and Blankingship & Keith PC to Submit Invoices Directly to CFC

Underwriting Limited has been endorsed by all necessary parties.


<u>/s/ Janet M. Meiburger</u>
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

Christopher Dean, Esq.
McDonald Hopkins LLC
600 Superior Avenue, Suite 2100
Cleveland, OH 44114

Robert E. Scully, Jr., Esq.
Blankingship & Keith PC
4020 University Drive, Suite 300
Fairfax, VA 22030

J:\Trustee\Stratford University, Inc. (23-10176)\Pleadings\BOPS\23-10176-27.docx