IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|   |   |
|---|---|
| IN RE: ) | |
| ) | |
| STRATFORD UNIVERSITY, INC. ) | Case No. 23-10176-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |

**TRUSTEE'S OBJECTION TO DUPLICATE
CLAIMS FILED ON BEHALF OF STERICYCLE, INC.**

Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007, Janet M. Meiburger, Chapter 7 Trustee, by counsel, hereby files this Trustee's Objection to Duplicate Claims filed on behalf of Stericycle, Inc. (the "Objection"). In support of this Objection, the Trustee states as follows:

1. The Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on February 2, 2023 (the "Petition Date"). Janet M. Meiburger was appointed Trustee in this case on February 3, 2023 (Docket No. 3).

2. This objection is filed pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007. The Court has jurisdiction over this contested matter under Pursuant to 28 U.S.C. §§ 152 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B). Venue is proper under 28 U.S.C. § 1409.

3. Stericycle, Inc. filed four duplicate claims, Claims 12, 13, 23 and 24. Claims 12, 23 and 24 are for $3,227.03. Claim 13 is for $3,199.98.

4. The Trustee requested Stericycle, Inc. to withdraw three of the claims, but it has failed and refused to do.

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

5.  The Trustee is requesting that Claims 13, 23 and 24 be disallowed. The Trustee is not objecting to Claim 12.

WHEREFORE, the Trustee respectfully requests that the Court enter an order disallowing Claims 13, 23 and 24, and granting such other and further relief as the Court deems just and proper.

                              Respectfully submitted

                              THE MEIBURGER LAW FIRM, P.C.

Dated: June 20, 2025              By: /s/ Janet M. Meiburger
                                        Janet M. Meiburger, Esq., VSB No. 31842
                                        1487 Chain Bridge Road, Suite 200
                                        McLean, Virginia 22101
                                        (703) 556-7871
                                        Counsel to Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2025, a true and correct copy of the foregoing Trustee's Objection to Duplicate Claims filed on behalf of Stericycle, Inc. will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

Stericycle, Inc.
2333 Waukegan Road Ste 300
Bannockburn, IL 60015

Kristina Bahns, Credit Analyst
Stericycle, Inc.
7734 S. 133rd Street
Omaha, NE 68138

Stericycle, Inc.
800 Capitol Street, Suite 3000
Houston, TX  77002

CT Corporation System
4701 Cox Rd., Suite 285
Glen Allen, VA  23060-6808
*Registered Agent for Stericycle, Inc.*

                                               /s/ Janet M. Meiburger
                                                  Janet M. Meiburger

J:\Trustee\Stratford University, Inc. (23-10176)\Pleadings\Claim Objections\Claims 12, 13, 23, 24.Objection.1.docx