IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STRATFORD UNIVERSITY, INC. ) | Case No. 23-10176-BFK |
| ) | Chapter 7 |
| Debtor ) | |

**NOTICE OF TRUSTEE'S OBJECTION TO DUPLICATE
CLAIMS FILED ON BEHALF OF STERICYCLE, INC.**

PLEASE TAKE NOTICE that Janet M. Meiburger, the Chapter 7 Trustee ("Trustee"), has filed a Trustee's Objection to Duplicate Claims filed on Behalf of Stericycle, Inc. (the "Objection"). The Objection requests that Claims 13, 23 and 24 filed on behalf of Stericycle, Inc. be disallowed because they are duplicative with Claim 12. The Objection does not request that Claim 12 be disallowed. A copy of the Objection is being sent to you with this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

NOTICE

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS OBJECTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE WITHIN 30 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ISSUE AN ORDER GRANTING THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1487 Chain Bridge Road, Suite 200
McLean, VA 22101
(703) 556-7871
Attorney for Chapter 7 Trustee

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: June 20, 2025          By: /s/ Janet M. Meiburger
                                                          Janet M. Meiburger, Esq. (VSB No. 31842)
                                                          The Meiburger Law Firm, P.C.
                                                          1487 Chain Bridge Road, Suite 200
                                                          McLean, Virginia 22101
                                                          (703) 556-7871
                                                          Attorney for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 20th day of June, 2025, a true and correct copy of the foregoing Notice of Trustee's Objection to Duplicate Claims filed on Behalf of Stericycle, Inc. will be served by ECF e mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

Stericycle, Inc.
2333 Waukegan Road Ste 300
Bannockburn, IL 60015

Kristina Bahns, Credit Analyst
Stericycle, Inc.
7734 S. 133rd Street
Omaha, NE 68138

Stericycle, Inc.
800 Capitol Street, Suite 3000
Houston, TX  77002

CT Corporation System
4701 Cox Rd., Suite 285
Glen Allen, VA  23060-6808
*Registered Agent for Stericycle, Inc.*

/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\Stratford University, Inc. (23-10176)\Pleadings\Claim Objections\Claims 12, 13, 23, 24.Objection.1.Notice.1.docx